James Breitenbucher, WSBA #27670  
FOX ROTHSCHILD LLP  
1001 Fourth Avenue, Suite 4400  
Seattle, Washington 98154  
206.624.3600  

Honorable Thomas O. Rice

Kelly Konkright, WSBA #33544  
LUKINS & ANNIS, P.S.  
717 West Sprague Avenue, Suite 1600  
Spokane, Washington 99201  
509.455.9555  

*Attorneys for Defendant/Counterclaimant*  
*Projekt Bayern Association*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF LEAVENWORTH, a Washington municipal corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>PROJEKT BAYERN ASSOCIATION, a Washington nonprofit corporation,<br><br>    Defendant/Counterclaimant. | No. 2:22-cv-00174<br><br>**DEFENDANT AND COUNTERCLAIMANT PROJEKT BAYERN ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT** |

Project Bayern Association makes the following disclosures required by Federal Rule of Civil Procedure 7.1: Projekt Bayern Association is a Washington nonprofit corporation. Projekt Bayern has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of Projekt Bayern's stock.

/ / /

/ / /

/ / /

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 1

**FOX ROTHSCHILD LLP**  
1001 FOURTH AVENUE, SUITE 4400  
SEATTLE, WA 98154  
206.624.3600

1

DATED this 12th day of August, 2022

2

3

| /s/ James Breitenbucher | /s/ Kelly Konkright |
|---|---|
| James Breitenbucher, WSBA #27670 | Kelly Konkright, WSBA #33544 |
| FOX ROTHSCHILD LLP | LUKINS & ANNIS, P.S. |
| 1001 Fourth Avenue, Suite 4400 | 717 W. Sprague Avenue, Suite 1600 |
| Seattle, WA 98154 | Spokane, Washington 99201 |
| Tel 206.624.3600/Fax 206.389.1708 | Tel 509.455.9555/Fax 509.747.2323 |
| jbreitenbucher@foxrothschild.com | kkonkright@lukins.com |

*Attorneys for Defendant/Counterclaimant Projekt Bayern Associates*

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date written below, I caused a true and correct copy of the foregoing to be delivered to the following party in the manner indicated:

| | | |
|---|---|---|
| Name: | Rhett V. Barney, WSBA #44764 | ☑ Via Electronic Mail/ECF |
| Address: | LEE & HAYES, P.C. | ☐ Via U.S. Mail |
| Address: | 601 W. Riverside Avenue | ☐ Via Overnight Courier |
| Address: | Suite 1400 | ☐ Via Facsimile |
| Address: | Spokane, WA  99201 | ☐ Via FedEx |
| Phone: | (509) 324-9256 | |
| Fax: | (509) 323-8979 | |
| Email: | rhettb@leehayes.com | |

| | | |
|---|---|---|
| Name: | Robert J. Carlson, WSBA #18455 | ☑ Via Electronic Mail/ECF |
| Address: | LEE & HAYES, P.C. | ☐ Via U.S. Mail |
| Address: | One Convention Place | ☐ Via Overnight Courier |
| Address: | 701 Pike Street, Suite 1600 | ☐ Via Facsimile |
| Address: | Seattle, WA  98101 | ☐ Via FedEx |
| Phone: | (206) 315-4001 | |
| Fax: | (206) 315-4004 | |
| Email: | bob@leehayes.com | |

*Attorneys for Plaintiff City of Leavenworth*

DATED this 12th day of August, 2022.

_____
Marina Krylov
Attorney Resource Center Specialist
Fox Rothschild LLP

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 3

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

136347796