RHETT V. BARNEY, WSBA #44764
LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256; Fax: (509) 323-8979

ROBERT J. CARLSON, WSBA#18455
LEE & HAYES, P.C.
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Phone: (206) 315-4001; Fax (206) 315-4004

*Counsel for Plaintiff City of Leavenworth*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF LEAVENWORTH,<br><br>a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROJEKT BAYERN ASSOCIATION,<br><br>a Washington nonprofit corporation,<br><br>Defendant. | No.  2:22-cv-00174<br><br>**DECLARATION OF TROY CAMPBELL IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Troy Campbell, declare under penalty of perjury of the laws of the United States of America as follows:

1. I am a resident of the state of Washington and I am over the age of majority. I have personal knowledge of the facts set forth herein and I am competent

DECLARATION OF TROY CAMPBELL IN
SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

to testify to the facts set forth herein.  I make this declaration in my capacity as the Executive Director of the Leavenworth Chamber of Commerce (the "Chamber").

2. The Chamber's mission is to act as a catalyst for local businesses by generating positive economic impact for the city of Leavenworth and the surrounding community, and to promote Leavenworth as a premier four-season travel destination.

3. In furtherance of our mission, the Chamber fully embraces the "Old-World" Bavarian theme of Leavenworth.

4. The Chamber actively promotes events in its "Bavarian Blog," newsletters hosted on the Chamber's website, regularly focusing on upcoming activities in the "Bavarian Village of Leavenworth."  I attach as **Exhibit A** a true and correct copy of the Bavarian Blog entry of February 3, 2022.  Note, as an example, that Bavarian Blog entry for February 3, 2022 listed upcoming events in February, April, May, June-August, September, and October of 2022.  Specifically regarding October, that February 3 entry announced "**Oktoberfest –** After a two-year hiatus, Leavenworth will play host once again to a revamped version of this annual German tradition…." (Exhibit A, pages 2-3).

5. The Chamber also advertises events and business information in its "Bavarian Bulletin," a publication sent to members and subscribers and hosted on its website.  I attach as **Exhibit B** a true and correct copy of a

DECLARATION OF TROY CAMPBELL IN
SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

printout from the current (August 2022) Bavarian Bulletin, including information about the 2022 Leavenworth Oktoberfest activities and Partner Program.

6. The Chamber regularly promotes Leavenworth's reputation as an Old-World Bavarian Village in its marketing, advertising, and efforts to support local businesses. The City of Leavenworth's Old-World Bavarian Village theme is unique among municipalities in our region; this theme sets Leavenworth apart from other visitor destinations and draws the interest of prospective visitors.

7. Annually for many years, though interrupted in 2020 and 2021 by the pandemic, the city of Leavenworth has held an Oktoberfest celebration. Businesses and residents in Leavenworth, as well as visitors to the city, universally refer to this celebration as the "Leavenworth Oktoberfest."

8. The city's Leavenworth Oktoberfest celebration is a highly important event, indeed a key to the success of local businesses in the fall of each year. Typically, the three Saturdays during Oktoberfest are in the top five busiest days of the calendar year for Leavenworth businesses.

9. I am aware that for the 2022 Oktoberfest, the City of Leavenworth chose to work with a new vendor, SE Productions, to host a series of Oktoberfest events. I understand that SE Productions was concerned that it would be sued by Projekt Bayern Association if it used the traditional name of

DECLARATION OF TROY CAMPBELL IN
SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1      "Leavenworth Oktoberfest," so in about March of 2022 SE productions

2      announced it would call its events "Bavariafest" instead.

3   10. In early April 2022, the Chamber received a letter from an attorney

4      representing Projekt Bayern Association, demanding the Chamber

5      "promptly discontinue your use of Bavariafest," claiming all rights to

6      "Leavenworth Oktoberfest," and demanding that the Chamber cease and

7      desist "from any and all sales of goods and marketing of events using or

8      incorporating LEAVENWORTH OKTOBERFEST and/or use of any other

9      confusingly similar names."  The letter went on to demand that the Chamber

10     "must cease and desist all promotion and/or marketing of Bavariafest,

11     directly or indirectly…."  I attach a true and correct copy of that letter as

12     **Exhibit C**.

13  11. Sometime in May 2022 the Chamber learned that SE Productions came to

14     the decision to completely withdraw from participation in Leavenworth's

15     2022 Oktoberfest celebration.  The Chamber offered itself as a substitute to

16     replace SE Productions and the city of Leavenworth agreed.  The Chamber

17     determined that it would resume use of the name Leavenworth Oktoberfest

18     for this Oktoberfest celebration held in the city of Leavenworth.

19  12. I am aware that Projekt Bayern Association has made several untrue

20     statements concerning the 2022 Leavenworth Oktoberfest event.  As an

21     example, Projekt Bayern Association has informed the public that the

22     Chamber, in conjunction with the city of Leavenworth, is "lying" about a

23

DECLARATION OF TROY CAMPBELL IN
SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION - 4

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1    Leavenworth Oktoberfest celebration happening in Leavenworth,

2    Washington in 2022.  I attach as **Exhibit D** a true and correct copy of a

3    screenshot detailing Projekt Bayern's statements.

4    13. The Chamber have fielded multiple inquiries from members of the public

5    expressing anger toward the city of Leavenworth and the Chamber, all based

6    on a mistaken belief that Leavenworth is not hosting its Oktoberfest

7    celebration in 2022.  I am aware (because the Chamber has received

8    complaints from them) that Leavenworth hotel partners have received

9    reservation cancellations from people who had booked reservations but

10   decided not to come after being misled by Projekt Bayern's social media

11   posts.

12   14. Because of the false information being disseminated by Projekt Bayern, the

13   Chamber has had to invest time and resources into trying to correct false

14   impressions by members of the public, and this has taken away time and

15   resources that would be better used in organizing and promoting Oktoberfest

16   events for the benefit of the City of Leavenworth and its residents and

17   businesses.  I attach as **Exhibit E** some examples of direct messaging on the

18   Chamber's Facebook page that show some of our efforts to correct public

19   perceptions based on false information spread by Projekt Bayern

20   Association.

21   15. It is my belief that, because of the actions of Projekt Bayern Association, a

22   substantial segment of the public wrongly perceives that the city of

23

DECLARATION OF TROY CAMPBELL IN
SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION - 5

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1    Leavenworth and the Chamber have decided to abandon the tradition of the

2    annual Leavenworth Oktoberfest.

3    16. This inaccurate public perception is harmful to the City of Leavenworth, the

4    Chamber, and the businesses the Chamber supports.  Despite our efforts to

5    publicize the true facts, Projekt Bayern continues its aggressive campaign to

6    confuse and mislead the public though its claims that there will be no

7    Leavenworth Oktoberfest celebration in 2022.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF TROY CAMPBELL IN
SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION - 6

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1    I declare under penalty of perjury of the laws of the United States of America

2    that the foregoing statements are true and correct, and as to statements of belief, that

3    I believe them to be true.

4

5    Executed this 12ᵗʰ day of August 2022, at Leavenworth, Washington, via my

6    signature below.

7

8    Troy

9    Exe

10   Lea

     Campbell

11   cutive Director

12   venworth Chamber of Commerce

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF TROY CAMPBELL IN
SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION - 7

# EXHIBIT A

2022 Events Announced — Leavenworth Chamber

Home  About  Membership  Programs  Bavarian Blog  Jobs

Business Directory  Visiting

 

Feb 3

# 2022 Events Announced

Contact: Jessica Stoller, Leavenworth Chamber of Commerce, 509-548-5807, media@leavenworth.org

**Leavenworth Announces Updated Slate of Festivals and Events for 2022**

*In-person activities; revamped Oktoberfest return to the Bavarian Village*

**LEAVENWORTH, WA – February 1, 2022 —** The Bavarian Village of Leavenworth is emerging from two years of a relative quiet event pandemic-related calendar to a 2022 calendar filled with long-standing traditions, re-imagined favorites, and new event offerings.

"The Chamber is optimistic and fully committed to bringing more things back online, and while we will continue to take every necessary precaution, we want 2022 to be the start of something better, with the events and festivals our visitors have come to know and love plus some new exciting additions" said Leavenworth Chamber of Commerce Executive Director, Troy Campbell.

Here is a quick look at what events are currently being planned through the fall of 2022 by groups and non-profits in the Leavenworth area:

**FEBRUARY**

·   **Village of Lights: Love from Leavenworth & Valentine's Giveaway –** Our half a million lights stay up for the entire month of February with a romantic new twist! A free online calendar featuring daily giveaways leading up to grand prize winner at the end of the month who will receive a romantic adventure for two to Leavenworth (all month).

·   **Fasching Carnival –** Cirque Cadia Fire Dancers and roving street performers return to downtown (Feb. 19-20).

Declaration of Troy Campbell - 9

2022 Events Announced — Leavenworth Chamber

**APRIL**

· **Restaurant Appreciation Month –** A celebration of all the service workers and restaurateurs who make life in Leavenworth so much tastier. Featured dishes, local swag, and dining giveaways (all month).

**MAY**

· **Maifest –**This annual Bavarian tradition returns to welcome the Spring, this year with expanded entertainment including traditional Maipole dancing and Festzug march through downtown; a cider sip; fun run; Mother's Day flowers and treats; chainsaw carvers and live German music and performers. No longer just one weekend, Maifest activities and events will take place on every weekend in May! (All Month)

· **Leavenworth Alphorn Celebration –** Ensembles and soloists showcase the iconic alphorn over a performance-filled weekend (May 28-29).

**JUNE - AUGUST**

· **Leavenworth International Accordion Festival** – The Northwest Accordion Society returns with competitions, performances, workshops, jam sessions and the delightful Accordion Parade (June 16-19).

· **Music in the Gazebo –** Front Street Park comes alive with live German music every summer weekend (and many weekdays).

· **Leavenworth Summer Theater –** Outdoor theater at its best returns with three beloved musicals - The Music Man;" "The Secret Garden" and the iconic "The Sound of Music" (Season runs July 8 through Aug. 28).

**SEPTEMBER**

· **Autumn Leaf Festival** –Leavenworth's longest-running festival returns to celebrate this enchanting time of year with its 59th festival. Highlights include food booths, music in the park, car show, kid's parade, and the Grand Parade with the 2022 Royal Lady (Sept. 23-25).

**OCTOBER**

· **Oktoberfest –** After a two-year hiatus, Leavenworth will play host once again to a revamped, version of this annual German tradition. Expect authentic German trachten, live entertainment, dancing, family friendly activities, artisan vendors and, of course, beer and brats (specific dates TBD).

Declaration of Troy Campbell - 10

2022 Events Announced — Leavenworth Chamber

SE Productions from Seattle will be hosting this new October festival and are no strangers to Leavenworth events having brought hundreds of groups to Leavenworth festivals over the last ten years. "We are excited to work with SE Productions" said Christie Voos, Communications Analyst for the City of Leavenworth, "their approach to creating this new festival will positively serve the businesses, community and our guests."

*Events are subject to change due to COVID-19 mandates and restrictions*

To find out more about Leavenworth and the 2022 event schedule, and to check lodging availability for the dates you are looking for, please visit www.leavenworth.org.

###

⟨ **Oktoberfest & Locals Night**

**That's a Wrap, Christmastown** ⟩

---

# Chamber Featured Member

We are thankful to the over 500 Leavenworth Chamber of Commerce members who support our programs, promotions, initiatives, and events.
A special thank you to our featured member, the Bavarian Lodge, for their additional support.

Declaration of Troy Campbell - 11

# EXHIBIT B

8/10/22, 8:24 AM

Bavarian Bulletin - August 2022

**Subscribe**    **Past Issues**

**Translate** ▼

View this email in your browser

# The Bavarian Bulletin

## August 2022

Declaration of Troy Campbell - 13

Bavarian Bulletin - August 2022

Subscribe    Past Issues    Translate ▼



In case you hadn't heard, The Chamber of Commerce is pleased to announce that Oktoberfest is returning this fall with longstanding Bavarian traditions of music, dancing and ceremonial tapping of the kegs! This year's dates are September 30-October 1, October 7-8, and October 14-15.

Two fully programmed venues (beer gardens) will be located at the Leavenworth Festhalle and at Front Street Park, where we will be serving our very own Festbier as well as German favorites. With a full street closure, outdoor restaurants and beer gardens, this year's Oktoberfest will offer more ways to enjoy the weekends and the village of Leavenworth!

New for 2022 is a Ferris Wheel at the Kinderplatz where there will be family friendly activities and a root beer garden. Head on over to the website to learn more.

### Oktoberfest Page

Declaration of Troy Campbell - 14

8/10/22, 8:24 AM                                    Bavarian Bulletin - August 2022

Subscribe | Past Issues                                                    Translate ▼



## Oktoberfest Partner Program

Chamber member businesses that want to participate in Oktoberfest promotions, have an event to promote, and support the event can sign up to be partner.

Partners receive:

- Oktoberfest Social Media Promo Kits - Includes appropriately sized Oktoberfest logo images for Facebook, Instagram, Instagram Stories and Twitter, a Word document with suggested accompanying text and hashtags and a "Proud Partner" .png you can add to your website (with link to event page) if you have a good spot for it.
- Your logo on the Oktoberfest page.
- Oktoberfest t-shirts for your staff.
- Special promo page for your discount, event or special on Leavenworth.org with a QR code from the official program.
- "Trachten Try On Day" for staff.
- Oktoberfest promotional shopping bags.
- Inclusion in Oktoberfest promotions and giveaways.

There is no cost for this program, just your help in using the media kits and promoting and supporting Oktoberfest in Leavenworth in 2022!

## Sign up to be an Oktoberfest Partner

Declaration of Troy Campbell - 15

8/10/22, 8:24 AM                                    Bavarian Bulletin - August 2022

Subscribe        Past Issues                                                    Translate ▼

Bids for this silent auction will be accepted until August 31st. The winning bids will be announced on September 2nd and app proceeds will shared with:

1. Upper Valley Mend
2. Chelan County Fire District #3 Firefighters Association
3. UVCares
4. Chumstick Wildfire Stewardship Coalition

Carvings are on display throughout the village, their locations can be found here.

The current top bids to beat:
The Bear - $1,500
The Stein - $400
The Gnome  - $1,000
The Bench  - $1,000

 

PLACE YOUR BID!

Declaration of Troy Campbell - 16

8/10/22, 8:24 AM                                    Bavarian Bulletin - August 2022

| Subscribe | Past Issues | | Translate ▼ |

---

## Cancellations due to heat

Due to the extreme heat forecasted for the weekend, the live music at the Gazebo and Art in the Park have been cancelled this weekend.

Learn about other events and live music this holiday weekend in Leavenworth on our Events Page.

*Do you have an event you would like added to the calendar? Visit the Leavenworth.org Events Page and click on "Add Event" at the bottom right of the calendar.*

---

### Please forward this email to your front line & front desk team members so they may share the information with your guests.

---

Twitter        Facebook        Instagram        YouTube

*Copyright © 2022 Leavenworth Chamber of Commerce, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list. Please note: If you do this you will be unsubscribed from ALL Chamber emails not just this one.  If you have questions, please call us at (509)548-5807.

Declaration of Troy Campbell - 17

# EXHIBIT C



**Sobba Law Group PLLC**
PO Box 3713
Ketchum, Idaho 83340
T: 206.877.3382
johns@sobbalaw.com

_____

May 2, 2022                                                     **Sent via Email**

Leavenworth Chamber of Commerce
Attn: Troy Campbell
Leavenworth, WA
Email: troy@leavenworth.org

Re: Trademark Infringement, Cease and Desist

Dear Mr. Campbell:

I represent Projekt Bayern Association, a Washington non-profit corporation ("Projekt Bayern"). Projekt Bayern operates out of Leavenworth, Washington and owns the trademark "LEAVENWORTH OKTOBERFEST®" registered with the U.S. Patent and Trademark Office, U.S. Registration Number 5,239,374 that was registered on April 18, 2016. It is important for you to understand that Projekt Bayern has actively used this trademark and promoted this brand since August 1, 1998. Projekt Bayern's trademark registration protects its rights in the "LEAVENWORTH OKTOBERFEST®" trademark nationally.

It has come to my attention that you are advertising an event on the Chamber of Commerce website, "Bavariafest". As you know or should know this mark is directly competitive with and confusingly similar to "LEAVENWORTH OKTOBERFEST®". While I appreciate your desire to use a popular name and tailgate on a well known brand like "LEAVENWORTH OKTOBERFEST", this activity is illegal under the Lanham Act. Had you conducted an initial trademark search via the U.S. Patent and Trademark Office or a web search (e.g. via Google) you would have noticed the existence of "LEAVENWORTH OKTOBERFEST®" and Projekt Bayern's prior rights in this trademark. Unfortunately, your use of the same or any similar name is likely to cause consumer confusion. Consumers are highly likely to assume an association between this event and my client, Projekt Bayern. Based on the foregoing and consistent with the rights and privileges granted to Projekt Bayern under the Lanham (Trademark) Act, I insist that you promptly discontinue your use of Bavariafest or any name(s) that is identical to and/or confusingly similar to Projekt Bayern's registered trademark.

Please be advised that Projekt Bayern has several legal and equitable remedies available to protect its trademarks and its associated goodwill and considerable financial investment. Projekt Bayern is willing to cooperate with you, however, it will and must enforce its legal rights. You can avoid unnecessary legal action and possible attorney's fees by promptly ceasing and desisting from any and all sales of goods and marketing of events using or incorporating "LEAVENWORTH OKTOBERFEST®" and/or use of any other confusingly similar names. You must cease and desist all promotion and/or marketing of Bavariafest, directly or indirectly, together with the use of any and all confusingly similar names.

Mr. Troy Campbell
May 2, 2022
Page 2

Additionally, you must sign this letter and return it to me within ten (10) days of the date hereof. If your response is not forthcoming, I will advise Projekt Bayern to pursue all legal and equitable remedies available at its disposal against the Leavenworth Chamber of Commerce.

Sincerely,

John W. Sobba

cc: Projekt Bayern

By signing below, I acknowledge that I have read and understood and agree to the above terms and conditions.

By:_____

Name:_____

Date:_____

Declaration of Troy Campbell - 20

# EXHIBIT D



www.leehayes.com   509-324-9256

8/3/22, 11:43 AM                            Leavenworth Oktoberfest - Posts | Facebook

         





## Leavenworth Oktoberfest

@oktoberfestWA ·    4.6 353 reviews    · Local business

■ Send message

Hi! Please let us know how we can help.

Home      Reviews      Photos      Videos      More ▼              ■ Like      ■      ···

 **Leavenworth Oktoberfest**
July 6 at 6:01 AM · 🌐                                    ···

As you all have heard Leavenworth Oktoberfest is now in Wenatchee.
The chamber and city in Leavenworth are lying to the visitors.
Leavenworth Oktoberfest is owned by Projekt Bayern. The mayor
decided to not sign permits and is trying to steal an event the city has
never put anything into. This is how Carl is. Never does anything on his
own. They are lying to keep hotel rates up. There is no Oktoberfest in
leavenworth. I Repeat there is no Oktoberfest in Leavenworth this year.
If you are staying in Leavenworth and your hotel has said there is an
Oktoberfest they are lying also. They all have been informed that
Oktoberfest is in Wenatchee. We will have shuttles from Leavenworth
to Wenatchee so people can still stay in Leavenworth. But if they are
charging festival rates there is no festival in Leavenworth. Have a great
day. I have deleted the complainers that live in leavenworth. This post
is to inform visitors what is really happening.

 1K                              579 Comments 513 Shares

Declaration of Troy Campbell - 22

# EXHIBIT E



www.leehayes.com   509-324-9256

8/14/22, 10:22 AM                                    Visit Leavenworth WA, | Facebook

                                            



# Visit Leavenworth WA,

@LeavenworthWA · Tourist Information Center

Learn more

leavenworth.org



Declaration of Troy Campbell - 24

8/14/22, 10:22 AM

Visit Leavenworth WA, | Facebook

 

 





**Visit Leavenworth WA,**
u y 29 at 4 00 PM 🌐

Oktoberfest is returning this fall with longstanding Bavarian traditions of music, dancing and ceremonial tapping of the kegs! This year's dates are September 30-October 1, October 7-8, and October 14-15.

wo fully programmed venues (beer gardens) will be located at the Leavenworth Festhalle and at ront Street Park, where we will be serving our very own Festbier as well as German favorites. With a full street closure, outdoor restaurants and beer gardens, this year s Oktoberfest will offer more ways to enjoy the weekends and the village of Leavenworth!

New for 2022 is a Ferris Wheel at the Kinderplatz where there will be family friendly activities and a root beer garden.  Visit  eavenworth.org/Oktoberfest to learn more.

#visitleavenworth #oktoberfestinleavenworth #leavenworthwa #Oktoberfest2022 #Prost!
#washingtonstate #pnwonderland #travel #nature #mountains #adventure #pacificnorthwest
#bavarianvillage #roadtrip #cascademountains #bavaria #cascades

Declaration of Troy Campbell - 25

8/14/22, 10:22 AM                                    Visit Leavenworth WA, | Facebook







Declaration of Troy Campbell - 26

8/14/22, 10:22 AM                                    Visit Leavenworth WA, | Facebook

**Teri F Miller**
**Christie Behr-Jensen** check out Leavenworth.org for the most accurate and current info .

> TS HAVE BEEN
> ECK BACK FOI
> 1 THE CALENDA          LEAVENWORTH.ORG
>                        Home

Like    Reply    2w

View 1 more reply

**Brent Klaudt**
Stolen festival should be the name Carl

Like    Reply    19h

**Karen Folden**
It's Oktoberfest every day here

Like    Reply    2w

**Cheryl Larson**
Prettiest little town anywhere

Like    Reply    1w

**Sabrina McClain**
Kristin rootbeer garden 🧡

Like    Reply    2w                                    3

**Zia Kec ké  Chartrey**
I'll wait and see who performs

Like    Reply    2w                                    2

**Allison Rickman**
**Tara Walling** Leavenworth is having its own Oktoberfest this year!

Like    Reply    2w                                    3

1 Reply

**Greg Clauson**
**Jennifer Clauson** If no Maui, how about Leavenworth? 😀

Like    Reply    1w

**Erica Serrano**
I thought this was moved to Wenatchee?

Like    Reply    2w                                    2

✒ Author
**Vi it Leavenworth WA**
**Erica Serrano** Leavenworth is having its own its Oktoberfest and you can learn more here leavenworth.org/oktoberfest/



8/14/22, 10:22 AM                                    Visit Leavenworth WA, | Facebook

LEAVENWORTH.ORG
Oktoberfest

Like    Reply    2w                                    13

Danielle Winch
**Visit Leavenworth WA,** It won't be like pre covid!

Like    Reply    1w

View 1 more reply

Chri ty Lea
**Desiree Wiensz Beth Ross Michelle Shidler Michelle Markman** I would love to go with you ladies!!

Like    Reply    1w

2 Replies

Stephanie Traw
**Joey Traw, Ashley L Baker** they decided to bring it back

Like    Reply    2w

1 Reply

💎 Top fan
Nicolette Richards
**Mackenzie McQuery Chris Elrod Zack Kelley Alicia Davis**                    2

Like    Reply    1w

Felicia Gregory
**Richard Gregory**

Like    Reply    1w

Rachel Sapin
oh man, **Jared Heiden** a root beer garden

Like    Reply    1w

1 Reply

Brianna Murray
**Alexis Ward** we should all meet up here for a weekend for this!

Like    Reply    2w

5 Replies

Lacey Gabrielle
**Gerardo Ibarra** I want to go!!!!

Like    Reply    1w

Zoe Smith

Declaration of Troy Campbell - 28



Declaration of Troy Campbell - 29



Declaration of Troy Campbell - 30



Declaration of Troy Campbell - 31

