RHETT V. BARNEY, WSBA #44764
LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256; Fax: (509) 323-8979

ROBERT J. CARLSON, WSBA#18455
LEE & HAYES, P.C.
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Phone: (206) 315-4001; Fax (206) 315-4004

*Counsel for Plaintiff City of Leavenworth*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF LEAVENWORTH, a Washington municipal corporation, <br><br> Plaintiff, <br><br> v. <br><br> PROJEKT BAYERN ASSOCIATION, a Washington nonprofit corporation, <br><br> Defendant. | No. 2:22-cv-00174 <br><br> **DECLARATION OF ETHAN B. VODDE IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION** |

I, Ethan B. Vodde, declare under penalty of perjury of the laws of the United States of America as follows:

1.      I am a resident of the state of Washington and I am over the age of majority.  I have personal knowledge of the facts set forth herein and I am competent to testify to the facts set forth herein.  I am an attorney for Plaintiff City of

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Leavenworth ("Plaintiff") and am authorized to make this Declaration on its behalf. I am familiar with the underlying dispute in this matter, namely between Plaintiff and Defendant Projekt Bayern Association ("PBA").

2.      On August 24, 2022, I emailed counsel for PBA relevant to PBA's opposition to an expedited hearing date for Plaintiff's anticipated Motion for Preliminary Injunction. I attach a true and correct copy of that email hereto as **Exhibit A**.

3.      In that email I relayed Plaintiff's concession that it would not seek an expedited hearing date if PBA was willing to address certain statements PBA had made publicly.

4.      On August 25, 2022, I emailed counsel for PBA relevant to other comments PBA had made and the scheduled hearing date for the instant motion. I requested, on behalf of Plaintiff, that PBA delete the offending Facebook content. I attach a true and correct copy of that email thread hereto as **Exhibit B**.

5.      I regularly monitor PBA's Facebook page. I attach true and correct copies of recent posts and comments from PBA's Facebook page hereto as **Exhibit C**.

6.      I have reviewed the file wrapper relevant to PBA's application to register LEAVENWORTH OKTOBERFEST with the USPTO. That file wrapper contains office actions issued by the USPTO, including one that defines "OKTOBERFEST"

DECLARATION OF ETHAN VODDE IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

and included a disclaimer requirement of "OKTOBERFEST."  I attach a true and correct copy of that office action, publicly available on the USPTO's website, hereto as **Exhibit D**.  That file wrapper also contains PBA's response to that USPTO office action and a response that included a claim of acquired distinctiveness.  I attach true and correct copies of PBA's responses hereto as **Exhibits E and F**.

7.       I have reviewed the Washington Secretary of State's website relative to the filings of a "Projekt Bayern Association," formed in 2009, with a UBI of 602 323 799.  I attach a true and correct copy of this entity's "Application to Form a Nonprofit Corporation" publicly available through the Washington Secretary of State's website hereto as **Exhibit G**.

8.       I have reviewed PBA's Response to Plaintiff's Motion for Preliminary Injunction and the relative supporting declarations, including the Declaration of Steve Lord and the associated Exhibit A.  This document is located in the record at ECF No. 17-1 at 2.  I note that the UBI listed for this entity is 601 771 677.

9.       My law firm sent a letter to Projekt Bayern on July 26, 2022.  I attach a true and correct copy of this letter as **Exhibit H**.

DECLARATION OF ETHAN VODDE IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION - 3

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Signed this 16th day of September 2022, at Spokane, Washington, via electronic approval and signature below.

Ethan B. Vodde

DECLARATION OF ETHAN VODDE IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION -  4

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# Exhibit A

**Ethan Vodde**

---

| | |
|---|---|
| **From:** | Ethan Vodde |
| **Sent:** | Wednesday, August 24, 2022 12:15 PM |
| **To:** | Breitenbucher, James E.; Johanna Tomlinson; Spota, Cali R. |
| **Cc:** | Rhett Barney; Bob Carlson; Crystal Batson; kkonkright@lukins.com |
| **Subject:** | RE: City of Leavenworth v Projekt Bayern - Hearing Availability |

Hi Jim,

Sorry to intrude on your travel to Peru.  Thanks for including Kelly in the cc line here; please forward to any others working on this matter.

Of utmost immediate concern to our client is your client's continued public statements that the City of Leavenworth is not hosting an Oktoberfest this year, which is untrue.  To that end, we're willing to schedule a hearing date the 26th or 27th (depending on the Court's availability) if your client is willing to post a "Correction:" to its public-facing Facebook and web pages by Friday, August 25, 2022 that it is your client's understanding that:

> "There will be two Oktoberfest celebrations in Central Washington this year: an Oktoberfest in the City of Leavenworth on Sept 30-Oct 1, Oct 7-8, & Oct 14-15, and an Oktoberfest in Wenatchee on the same dates."

Please let us know by EOB tomorrow (Thursday, August 25, 2022) if your client is willing to make this statement.  Otherwise, we will move forward with our request for an expedited hearing and we will advise the court that you and your client do not consent.

And please let me know if there's someone else in one of your offices who can interface on this.  We look forward to hearing from you.

Best,

Ethan

**Ethan B. Vodde** | Lee & Hayes
Attorney
Ethan.Vodde@leehayes.com
**P** 509.944.4684

---

**From:** Breitenbucher, James E. <jbreitenbucher@foxrothschild.com>
**Sent:** Tuesday, August 23, 2022 6:46 PM
**To:** Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>; Ethan Vodde <Ethan.Vodde@leehayes.com>; Spota, Cali R. <cspota@foxrothschild.com>
**Cc:** Rhett Barney <RhettB@Leehayes.com>; Bob Carlson <bob@LeeHayes.com>; Crystal Batson <Crystal.Batson@leehayes.com>; kkonkright@lukins.com
**Subject:** Re: City of Leavenworth v Projekt Bayern - Hearing Availability

---

[External Email]

1

Declaration of Ethan Vodde - 6

Johanna,

We oppose an expedited hearing. As I wrote below, I am currently out of the country on a family vacation. In addition, any preliminary injunction motion that the City plans to file now could have been filed weeks ago when I advised Rhett that my firm would be representing Projekt Bayern.  We are available September 26 and 27.

Jim

---

**From:** Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>
**Sent:** Tuesday, August 23, 2022 7:16 PM
**To:** Breitenbucher, James E.; Ethan Vodde; Spota, Cali R.
**Cc:** Rhett Barney; Bob Carlson; Crystal Batson
**Subject:** [EXT] RE: City of Leavenworth v Projekt Bayern - Hearing Availability

Hi Jim,

We propose the following dates:

  September 6-9

  September 19-23

  September 26-28

Recognizing that September 6-9 and September 19-23 would require an expedited hearing, would your client be willing to stipulate to an expedited hearing if any of those dates work for both parties?

Thank you,

Johanna

**Johanna Tomlinson** | Lee & Hayes
Associate Attorney
Johanna.Tomlinson@leehayes.com
**P** 509.944.4707

**Follow us! Twitter // LinkedIn**

Atlanta / Austin / Portland Metro / Rochester / Seattle / **Spokane** / Washington, D.C. Metro

*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

**From:** Breitenbucher, James E. <jbreitenbucher@foxrothschild.com>
**Sent:** Tuesday, August 23, 2022 4:30 PM
**To:** Ethan Vodde <Ethan.Vodde@leehayes.com>; Spota, Cali R. <cspota@foxrothschild.com>
**Cc:** Rhett Barney <RhettB@Leehayes.com>; Bob Carlson <bob@LeeHayes.com>; Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>; Crystal Batson <Crystal.Batson@leehayes.com>
**Subject:** Re: City of Leavenworth v Projekt Bayern - Hearing Availability

[External Email]

2

Declaration of Ethan Vodde - 7

Ethan,
Cali and I are both traveling. I am in Peru so it would be easier to communicate by email. Please send some proposed hearing dates, and we will let you know what works for us.
Thanks,
Jim

---

**From:** Ethan Vodde <Ethan.Vodde@leehayes.com>
**Sent:** Tuesday, August 23, 2022 3:45:17 PM
**To:** Breitenbucher, James E. <jbreitenbucher@foxrothschild.com>; Spota, Cali R. <cspota@foxrothschild.com>
**Cc:** Rhett Barney <RhettB@Leehayes.com>; Bob Carlson <bob@LeeHayes.com>; Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>; Crystal Batson <Crystal.Batson@leehayes.com>
**Subject:** [EXT] City of Leavenworth v Projekt Bayern - Hearing Availability

Dear Jim and Cali:

I'm an associate of Rhett Barney's working on this matter.  I left you each a voicemail earlier today concerning availability for hearing dates relevant to a motion for preliminary injunction.  Please give me a call; my direct line is 509.944.4684.

Thanks, and hope you're well,

Ethan

**Ethan B. Vodde** | Lee & Hayes
Attorney
Ethan.Vodde@leehayes.com
**P** 509.944.4684  |  **F** 509.323.8979
601 West Riverside Avenue, Suite 1400 | Spokane, Washington 99201

**Follow us! Twitter // LinkedIn**

Atlanta  /  Austin  /  Portland Metro  /  Rochester  /  Seattle  /  **Spokane**  /  Washington, D.C. Metro



*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

Declaration of Ethan Vodde - 8

# **Exhibit B**

**Ethan Vodde**

| | |
|---|---|
| **From:** | Ethan Vodde |
| **Sent:** | Thursday, August 25, 2022 12:18 PM |
| **To:** | Breitenbucher, James E.; Johanna Tomlinson; Spota, Cali R. |
| **Cc:** | Rhett Barney; Bob Carlson; Crystal Batson; kkonkright@lukins.com; Olszyk, Christopher D. |
| **Subject:** | RE: City of Leavenworth v Projekt Bayern - Hearing Availability |

Hi Jim:

We spoke with the Court and we have a hearing date of September 27th at 10am in Spokane, WA.  We'll file the motion shortly.

Best,

Ethan

**Ethan B. Vodde** | Lee & Hayes
Attorney
Ethan.Vodde@leehayes.com
**P**  509.944.4684

---

**From:** Ethan Vodde
**Sent:** Thursday, August 25, 2022 12:02 PM
**To:** Breitenbucher, James E. <jbreitenbucher@foxrothschild.com>; Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>; Spota, Cali R. <cspota@foxrothschild.com>
**Cc:** Rhett Barney <RhettB@leehayes.com>; Bob Carlson <bob@LeeHayes.com>; Crystal Batson <Crystal.Batson@leehayes.com>; kkonkright@lukins.com; Olszyk, Christopher D. <colszyk@foxrothschild.com>
**Subject:** RE: City of Leavenworth v Projekt Bayern - Hearing Availability

Hi Jim:

The July 6 Facebook post is not the only publication available to consumers stating the "City is lying" about the City's 2022 Oktoberfest.  Your client has continued to make statements that the City is "lying," and reasonable consumers viewing the "Leavenworth Oktoberfest" Facebook page would understand this to be a reference to the "lying" your client posted about on July 6.  Here are a few examples of your client's statements (that continue through this week):

**Leavenworth Oktoberfest**
**Mark Metsker** the city and chamber already changed Christmas lighting last year. It is now Festival of Lights. The new council and chamber want to new people here complain about everything. They hate traffic they hate that visitors use Safeway. They will be sorry when it starts costing them. Th and making the visitors happy. The new chamber is all about lying and tricking the visitors. Very sad to watch.

**Leavenworth Oktoberfest**
**Lisa Olsen** the promoter backed out. Now they are scrambling to try to do something. It takes over a year to plan Oktoberfest. They are lying to ke

**Leavenworth Oktoberfest**
**Chloe Hansen** the city will keep lying. They were using a company (se productions). They have backed out. They have no rights to Leavenworth Okt

It also appears there was media coverage concerning the City's 2022 Oktoberfest celebration at least as early as February 3.  *See* https://www.krem.com/article/life/leavenworth-festivals-events-2022/293-b9997886-648f-45c7-b1db-7d4e059d01bf.  We can explore the facts and law surrounding this issue later, but for now we confirm that the City

1

Declaration of Ethan Vodde - 10

wants Projekt Bayern to delete the July 6 Facebook post and additionally delete all other Facebook posts intimating the City is "lying" about hosting a 2022 Oktoberfest or that there will be no 2022 Oktoberfest in Leavenworth.

Notwithstanding, we're amenable to a September 26 or September 27 hearing date and will be setting it with the Court.

Best,

Ethan

**Ethan B. Vodde** | Lee & Hayes
Attorney
Ethan.Vodde@leehayes.com
**P** 509.944.4684

---

**From:** Breitenbucher, James E. <jbreitenbucher@foxrothschild.com>
**Sent:** Thursday, August 25, 2022 11:04 AM
**To:** Ethan Vodde <Ethan.Vodde@leehayes.com>; Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>; Spota, Cali R. <cspota@foxrothschild.com>
**Cc:** Rhett Barney <RhettB@Leehayes.com>; Bob Carlson <bob@LeeHayes.com>; Crystal Batson <Crystal.Batson@leehayes.com>; kkonright@lukins.com; Olszyk, Christopher D. <colszyk@foxrothschild.com>
**Subject:** RE: City of Leavenworth v Projekt Bayern - Hearing Availability

[External Email]

Ethan,
We assume your email refers to Projekt Bayern's July 6 Facebook post. As of July 6, the City's partner for a "yet unnamed October 2022 festival" had withdrawn its participation, and the City had not yet announced it was hosting an "Oktoberfest" in Leavenworth during 2022. Projekt Bayern has no obligation to go back and "correct" statements that were true when made. Nor does Projekt Bayern have any obligation to advertise the City's event through Projekt Bayern's communication channels. Nonetheless, Project Bayern is amenable to deleting the July 6 Facebook post to address the City's concerns.
Please confirm whether the City wants Projekt Bayern to delete the July 6 Facebook post.
If you are interested in further discussing this matter by phone, I can be available tomorrow morning.

Jim Breitenbucher
**Fox Rothschild LLP – Seattle**
LinkedIn | Emerging Tech
206.389.1775 | Mobile 206.384.0785
jbreitenbucher@foxrothschild.com

---

**From:** Ethan Vodde <Ethan.Vodde@leehayes.com>
**Sent:** August 24, 2022 12:15 PM
**To:** Breitenbucher, James E. <jbreitenbucher@foxrothschild.com>; Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>; Spota, Cali R. <cspota@foxrothschild.com>
**Cc:** Rhett Barney <RhettB@Leehayes.com>; Bob Carlson <bob@LeeHayes.com>; Crystal Batson <Crystal.Batson@leehayes.com>; kkonright@lukins.com
**Subject:** [EXT] RE: City of Leavenworth v Projekt Bayern - Hearing Availability

Hi Jim,

Declaration of Ethan Vodde - 11

Sorry to intrude on your travel to Peru.  Thanks for including Kelly in the cc line here; please forward to any others working on this matter.

Of utmost immediate concern to our client is your client's continued public statements that the City of Leavenworth is not hosting an Oktoberfest this year, which is untrue.  To that end, we're willing to schedule a hearing date the 26th or 27th (depending on the Court's availability) if your client is willing to post a "Correction:" to its public-facing Facebook and web pages by Friday, August 25, 2022 that it is your client's understanding that:

> "There will be two Oktoberfest celebrations in Central Washington this year: an Oktoberfest in the City of Leavenworth on Sept 30-Oct 1, Oct 7-8, & Oct 14-15, and an Oktoberfest in Wenatchee on the same dates."

Please let us know by EOB tomorrow (Thursday, August 25, 2022) if your client is willing to make this statement.  Otherwise, we will move forward with our request for an expedited hearing and we will advise the court that you and your client do not consent.

And please let me know if there's someone else in one of your offices who can interface on this.  We look forward to hearing from you.

Best,

Ethan

**Ethan B. Vodde** | Lee & Hayes
Attorney
Ethan.Vodde@leehayes.com
**P**  509.944.4684

---

**From:** Breitenbucher, James E. <jbreitenbucher@foxrothschild.com>
**Sent:** Tuesday, August 23, 2022 6:46 PM
**To:** Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>; Ethan Vodde <Ethan.Vodde@leehayes.com>; Spota, Cali R. <cspota@foxrothschild.com>
**Cc:** Rhett Barney <RhettB@Leehayes.com>; Bob Carlson <bob@LeeHayes.com>; Crystal Batson <Crystal.Batson@leehayes.com>; kkonright@lukins.com
**Subject:** Re: City of Leavenworth v Projekt Bayern - Hearing Availability

[External Email]

Johanna,
We oppose an expedited hearing. As I wrote below, I am currently out of the country on a family vacation. In addition, any preliminary injunction motion that the City plans to file now could have been filed weeks ago when I advised Rhett that my firm would be representing Projekt Bayern.  We are available September 26 and 27.
Jim

---

**From:** Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>
**Sent:** Tuesday, August 23, 2022 7:16 PM
**To:** Breitenbucher, James E.; Ethan Vodde; Spota, Cali R.
**Cc:** Rhett Barney; Bob Carlson; Crystal Batson
**Subject:** [EXT] RE: City of Leavenworth v Projekt Bayern - Hearing Availability

Declaration of Ethan Vodde - 12

Hi Jim,

We propose the following dates:

> September 6-9
>
> September 19-23
>
> September 26-28

Recognizing that September 6-9 and September 19-23 would require an expedited hearing, would your client be willing to stipulate to an expedited hearing if any of those dates work for both parties?

Thank you,

Johanna

**Johanna Tomlinson** | Lee & Hayes
Associate Attorney
Johanna.Tomlinson@leehayes.com
**P** 509.944.4707

**Follow us! Twitter // LinkedIn**

Atlanta / Austin / Portland Metro / Rochester / Seattle / **Spokane** / Washington, D.C. Metro

*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

---

**From:** Breitenbucher, James E. <jbreitenbucher@foxrothschild.com>
**Sent:** Tuesday, August 23, 2022 4:30 PM
**To:** Ethan Vodde <Ethan.Vodde@leehayes.com>; Spota, Cali R. <cspota@foxrothschild.com>
**Cc:** Rhett Barney <RhettB@Leehayes.com>; Bob Carlson <bob@LeeHayes.com>; Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>; Crystal Batson <Crystal.Batson@leehayes.com>
**Subject:** Re: City of Leavenworth v Projekt Bayern - Hearing Availability

[External Email]

Ethan,
Cali and I are both traveling. I am in Peru so it would be easier to communicate by email. Please send some proposed hearing dates, and we will let you know what works for us.
Thanks,
Jim

---

**From:** Ethan Vodde <Ethan.Vodde@leehayes.com>
**Sent:** Tuesday, August 23, 2022 3:45:17 PM
**To:** Breitenbucher, James E. <jbreitenbucher@foxrothschild.com>; Spota, Cali R. <cspota@foxrothschild.com>
**Cc:** Rhett Barney <RhettB@Leehayes.com>; Bob Carlson <bob@LeeHayes.com>; Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>; Crystal Batson <Crystal.Batson@leehayes.com>
**Subject:** [EXT] City of Leavenworth v Projekt Bayern - Hearing Availability

4

Declaration of Ethan Vodde - 13

Dear Jim and Cali:

I'm an associate of Rhett Barney's working on this matter.  I left you each a voicemail earlier today concerning availability for hearing dates relevant to a motion for preliminary injunction.  Please give me a call; my direct line is 509.944.4684.

Thanks, and hope you're well,

Ethan

**Ethan B. Vodde** | Lee & Hayes
Attorney
Ethan.Vodde@leehayes.com
**P** 509.944.4684 **| F** 509.323.8979
601 West Riverside Avenue, Suite 1400 | Spokane, Washington 99201

**Follow us! Twitter // LinkedIn**

Atlanta / Austin / Portland Metro / Rochester / Seattle / **Spokane** / Washington, D.C. Metro



*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

Declaration of Ethan Vodde - 14

# Exhibit C

9/16/22, 3:15 PM                    (2) Leavenworth Oktoberfest | Facebook



Declaration of Ethan Vodde - 16

9/16/22, 3:15 PM                                    (2) Leavenworth Oktoberfest | Facebook

 **facebook**  🔍

 



### Steve Lord
Yesterday at 5:28 AM · 🌐

What a great night. It was great seeing all of the Oktoberfest team last night. Hard to believe it has been 3 years. Big thanks to all who showed up and to the town Toyota center for being so helpful. It is like night and day dealing with Wenatchee. They get tourism and business. I don't know why anyone would work with the city of leavenworth after seeing what they did to a group that has done more for Leavenworth than they have ever done. The city and chamber are trying to steal an event that they have never put a penny or any time into. Hope every group sees what they have done. They have shown groups that if they spend time building an event the city will lie and steal to take it away. Very disgusting to watch. But that's the way our  mayor and council work.

 Lasterbacher Band and 53 others          12 Comments  3 Shares

👍 Like                                          ↪ Share

💬  Leavenworth Oktoberfest limited who can comment on this post.

                                                      All comments ▾

 **Tim Hogg**
It's time to stop complaining about the terrible political scene in Leavenworth and start really promoting your event and how incredible it is going to be. You accomplished a massive undertaking and I think it gets sullied a bit by consistently throwing shade at the issue. Everyone knows now. It's time to
Take the high road
And tell everyone about all the awesome.
We are definitely coming to YOUR event!

Like   Page responded privately   8h           10

 **Greg Forinash**
Looks awesome! Has anyone gotten the figures of what the city and chamber of commerce are paying the producers of that other event?

Like   Page responded privately   8h          

 **Lisa Woodard**
As an outsider to your drama it will be interesting to stay in Leavenworth and enjoy the great atmosphere that is enjoyed year round and go to your event - hopefully you are interested in feedback?

Like   8h           3

 **Nick Price**
Oh this atmosphere does not deserve the Leavenworth name to be attached to it



https://www.facebook.com/page/124448264249123/search/?q=steal                                    2/5

Declaration of Ethan Vodde - 17



Declaration of Ethan Vodde - 18



**Michael Muller**
**Dewey Nelson** NO. I know its confusing

Like   Reply   6w

**Dewey Nelson**
**Michael Muller** I dont know who or why they changed it but sometimes in my oldening age its best to leave well enough alone!

Like   Reply   6w

**Michael Muller**
**Dewey Nelson** Well I am 64 years old and have been going to every festival since I was a kid. My father passed away one year ago and he loved Levinworth. We are going to October fest just so I can dress up and do the chicken dance with my 83 year old mother.

This is the best description of why Leavenworth changed. I did not right this. But heard the same thing from a bed and breakfast owner in leavenworth.

As you all have heard Leavenworth Oktoberfest is now in Wenatchee. The chamber and city in Leavenworth are lying to the visitors. Leavenworth Oktoberfest is owned by Projekt Bayern. The mayor decided to not sign permits and is trying to steal an event the city has never put anything into. This is how Carl is. Never does anything on his own. They are lying to keep hotel rates up. There is no Oktoberfest in leavenworth. I Repeat there is no Oktoberfest in Leavenworth this year. If you are staying in Leavenworth and your hotel has said there is an Oktoberfest they are lying also. They all have been informed that Oktoberfest is in Wenatchee. We will have shuttles from Leavenworth to Wenatchee so people can still stay in Leavenworth. But if they are charging festival rates there is no festival in Leavenworth. Have a great day. I have deleted the complainers that live in leavenworth. This post is to inform visitors what is really happening.

Like   Reply   6w

**Donna Tim**
the one in Leavenworth is more of a street fair than Oktoberfest. spread the word.

Like   Reply   6w

Reply to Dewey Nelson...

**Michael Muller**
Looking forward to it. It is a family tradition over 50 years.

Declaration of Ethan Vodde - 19

9/16/22, 2:32 PM                    (1) Leavenworth Oktoberfest | Facebook



**Trevor Olson**
**Janet Jenkins** and coinless parking meters everywhere! I'm not getting an app with personal info on it to park!!
Like    Reply    2w

**Janet Jenkins**
**Trevor Olson** agree. Not what it use to be
Like    Reply    2w

Reply to Trevor Olson...

**Gary McGuire**
Great opportunity for Uber and Lift drivers...
Like    Reply    2w

**Lance Bohren**
I'm so confused 😕 is it in Leavenworth or Wenatchee?
Like    Reply    2w

**Sallie Berg**
**Lance Bohren** Agree. We are staying in Leavenworth but where is octoberfest? Never been, so am confused.
Like    Reply    1w

**Leavenworth Oktoberfest**
**Sallie Berg** the Leavenworth Oktoberfest that has been happening for 23 years is in Wenatchee. Some Wenatchee hotels have free shuttles. Leavenworth taxi and shuttle is offering a shuttle from Leavenworth to Wenatchee and back for 20 per person each way. If you are coming for the Leavenworth Oktoberfest that everyone comes for I would stay in Wenatchee and go to Leavenworth on Sunday on my way home. Have a great time.
Like    Reply    1w

**Sallie Berg**
**Leavenworth Oktoberfest** thank you!
Like    Reply    1w

**Garth Donald**
There will be fun Oktoberfest activities in Leavenworth all three weekends! I think this one is a satellite event so folks in Wenatchee can also enjoy the festivities?
Like    Reply    1w

**Kevin Kane**
When will Wenatchee go with the Bavarian look storefronts ? With that they can own the Christmas tree lighting too.
Like    Reply    1d

**Christy Cox**

Declaration of Ethan Vodde - 20

9/16/22, 2:32 PM                          (1) Leavenworth Oktoberfest | Facebook



**facebook**

Lasterbacher Band, Party Kryner and 55 others          45 Comments 13 Shares

👍 Like                    💬 Comment                    ↗ Share

All comments ▾

Write a comment...

**Dalton Cunningham**
I wonder what the one this year in the town Toyota center in Wenatchee will get rated, maybe you can put a projector up and show pictures of Leavenworth.
Like   Reply   Page responded privately   3w   Edited          😆😮 8

**Mark Metsker**
Wenatchee Octoberfest. Let me know when it is back in Leavenworth. Been going for 15 yrs., but not anymore. Love Wenatchee, but it's not Bavarian enough. Why is it someone always has to ruin a good thing. When is the Christmas festival moving and where to?
Like   Reply   3w          👍

**Leavenworth Oktoberfest**
**Mark Metsker** the city and chamber already changed Christmas lighting last year. It is now Festival of Lights. The new council and chamber want to cut tourism to make their neighbors happy. The new people here complain about everything. They hate traffic they hate that visitors use Safeway. They will be sorry when it starts costing them. The original locals see the importance of tourism and making the visitors happy. The new chamber is all about tricking the visitors. Very sad to watch.
Like   Reply   3w   Edited          😆

**Daniel Rodriguez**
With as much drama as I've seen on these posts they might as well make a reality tv show or Netflix documentary on this lol
Like   Reply   4w          👍😆 15

**Stone Malone**
Since it's not in actually in leavenworth i think I'll be at Gruff Brewing Company in Bellingham
Like   Reply   4w          👍 2

**Kevin Roemhildt**
The only good Oktoberfest Is in Mt. Angel Oregon
Like   Reply   4w          👍 2

**Nancy Harder Perry**
**Kevin Roemhildt** Kirkland Oktoberfest is great too!

Declaration of Ethan Vodde - 21



Declaration of Ethan Vodde - 22



**Karen Helmold**
**Yenelli Anderson** Thank you

Like    Reply    6w

**Yenelli Anderson**
**Karen Helmold** it would be nice if there was extended service, but that would give vacationers and visitors plenty of time to enjoy both the lake and take in the O'fest! I like the idea of lodging in Chelan!

Like    Reply    6w

Reply to Karen Helmold...

**George M. Arnold**
If you don't want the Oktoberfest in your town then you can't have your name on it! Period!!

Like    Reply    27w                                                                16

**Leavenworth Oktoberfest**
**George M. Arnold** do some reading. We want the Oktoberfest in Leavenworth the Mayor does not!

Like    Reply    27w                                                                13

**George M. Arnold**
**Leavenworth Oktoberfest** I understand that and I want it in Leavenworth. The town is perfect for it. The architecture, scenery and community makes the experience. But if it's not in the town of Leavenworth then the town name shouldn't be on it. Trust me, I'm still going.

Like    Reply    26w    Edited                                                      2

**Heather Johnson**
**Leavenworth Oktoberfest** recall election? Yet another dictator in WA. I agree with George above.

Like    Reply    26w                                                                2

**Sylv Rangel-Vbv**
**Leavenworth Oktoberfest** I apologize if this was already proposed in the comment section, but is there a board of trustees responsible that can over throw the city council/mayor's decision for this? Has anyone started a petition?
I do respect that you guys are trying to be amicable and flexible, but I also agree with others that if we are going to stick to tradition, location should be a part of that tradition as well. Viel glück!! 🥂

Like    Reply    26w

**Cyndi Shelby Manka**
**George M. Arnold** well the reason that they aren't holding it there for one is because idiots trash the town with garbage, drunken behavior. Noise. Etc.

Like    Reply    26w                                                                2

Declaration of Ethan Vodde - 23



**Annie Dee**
**Michael Muller** 100% agree - it takes just a few bad eggs in powerful positions to hate tourists enough to want to slow the pace down.
Sadly that town wouldn't have survived if not for the genius idea of everything looking European-
Let's hope they vote in folks that want to continue growing this town in the hills-

Like    Reply    22w

**William McCoy**
**John Roberts** they cancelled the official L'worth one. That's why it moved.

Like    Reply    22w                                        👍 2

Reply to John Roberts...

**Robert C McLaughlan**
Just being in leavenworth a few weeks ago i was told this from more than one shop owner.They are still having Octoberfest in leavenworth. The name has been taken by the promoter and moved to Wenatchee because the town and the promoter couldn't come to terms. So yes still go to leavenworth like you have for years and support their local shops.

Like    Reply    22w

**Leavenworth Oktoberfest**
**Robert C McLaughlan** no they are not. They are doing a family street fair. It will not be anything like Oktoberfest

Like    Reply    22w

**Robert C McLaughlan**
**Leavenworth Oktoberfest** Whatever    😂

Like    Reply    22w

**Tj Freeby**
**Robert C McLaughlan** Sounds like the event that happened last year. We went, and it was pretty lame. The sidewalks were rolled up by 7pm. No live music sparing a few random buskers. Zero vibe.

Like    Reply    22w

Reply to Robert C McLaughlan...

**Teresa Boxleitner**
Works for me, then I can just go enjoy Leavenworth without the hassles and traffic

Like    Reply    22w                                        👍 4

↳ 3 Replies

**Robert Forehand**

Declaration of Ethan Vodde - 24

9/16/22, 3:02 PM                    (1) Leavenworth Oktoberfest | Facebook

# facebook

Like   Reply   9w

Reply to Becca Wiederrich…

**Gary McLeod**
Shame on you leavenworth mayor and city council.
If you had been from around here you would realize the significance of traditions…. **See more**

Like   Reply   36w   Edited                                    3

**Jean Peterson**
Mount Angel has a great Oktoberfest. Come check it out.

Like   Reply   36w                                            5

**Leavenworth Oktoberfest**
**Jean Peterson** they do a nice Oktoberfest. But it isn't the Leavenworth Oktoberfest that everyone loves. The visitors that have come for years will be very happy with the changes. According to the feed back we are getting it is going to be a bigger event with room to grow in Wenatchee. Before you know it Wenatchee will start to look more Bavarian. Have a great day

Like   Reply   36w                                            6

**Sharon Crites**
WOW, still can't believe the admin did this. I won't be back to Levenworth, and several other folks I know won't support them until they get their act together.

Declaration of Ethan Vodde - 25



Declaration of Ethan Vodde - 26

# Exhibit D

| **To:** | Projekt Bayern Association (johns@sobbalaw.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87018344 - LEAVENWORTH OKTOBERFEST - 0051-000601 |
| **Sent:** | 1/13/2017 11:05:08 AM |
| **Sent As:** | ECOM108@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 87018344

**MARK:** LEAVENWORTH OKTOBERFEST

**CORRESPONDENT ADDRESS:**
    JOHN W. SOBBA

    SOBBA LAW GROUP PLLC

    2018 WOODRIDGE STREET

    WENATCHEE, WA 98801

**APPLICANT:** Projekt Bayern Association

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
    0051-000601

**CORRESPONDENT E-MAIL ADDRESS:**
    johns@sobbalaw.com

# *87018344*

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 1/13/2017**

INTRODUCTION

This Office action is in response to applicant's communication filed on December 13, 2016 .

In a previous Office action(s) dated August 25, 2016, the trademark examining attorney refused registration of the applied-for mark based on the following: failure to show the applied-for mark in use in commerce with any of the specified goods and geographic descriptiveness under Section 2(e)(2). In addition, applicant was required to satisfy the following requirement(s): submit an additional fee for failure to comply with the TEAS Plus requirements.

The following refusal(s) have also been obviated: Section 2(e)(2) refusal. *See* TMEP §§713.02, 714.04.

The requirements for an acceptable specimen in International Class 25 and additional fee for failure to comply with the TEAS Plus requirements are maintained and continued.

### Disclaimer

Applicant must disclaim the wording "OCTOBERFEST" because it is a generic designation for applicant's services and is thus an unregistrable component of the mark. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *In re Am. Inst. of Certified Pub. Accountants*, 65 USPQ2d 1972, 1981-85 (TTAB 2003); TMEP §§1212.02(e), 1213.03(b).

Determining whether a mark is generic requires a two-step inquiry:

(1)     What is the genus of services at issue?

(2)     Does the relevant public understand the designation primarily to refer to that genus of services?

*H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs, Inc.*, 782 F.2d 987, 989-90, 228 USPQ 528, 530 (Fed. Cir. 1986); *In re Meridian Rack & Pinion*, 114 USPQ2d 1462, 1463 (TTAB 2015) (citing *In re 1800Mattress.com IP, LLC*, 586 F.3d 1359, 1363, 92 USPQ2d 1682, 1684 (Fed. Cir. 2009)); TMEP §1209.01(c)(i).

Regarding the first part of the inquiry, the genus of services is often defined by an applicant's identification of services. *In re Meridian Rack & Pinion*, 114 USPQ2d at 1463 (citing *Magic Wand Inc. v. RDB Inc.*, 940 F.2d 638, 640, 19 USPQ2d 1551, 1552 (Fed. Cir. 1991)).

In this case, the application identifies the services as "Entertainment services in the nature of organizing and conducting cultural festivals featuring food, beverages, alcohol, live musical performances and entertainment for children and adults," which adequately defines the genus at issue.

Regarding the second part of the inquiry, the relevant public is the purchasing or consuming public for the identified services. *Sheetz of Del., Inc. v. Doctor's Assocs. Inc.*, 108 USPQ2d 1341, 1351 (TTAB 2013) (citing *In re Sun Oil Co.*, 426 F.2d 401, 404, 165 USPQ 718, 719 (C.C.P.A. 1970) (Rich, J., concurring)). In this case, the relevant public comprises ordinary consumers, because there are no restrictions or limitations to the channels of trade or classes of consumers. The attached evidence from dictionary.com shows that the wording "OCTOBERFEST" in the applied-for mark refers to a type of festival and thus the relevant public would understand this designation to refer primarily to the genus of services.

All generic names of a product or service are not registrable and belong in the public domain for competitors to use. *See In re Women's Publ'g Co.*, 23 USPQ2d 1876, 1877 (TTAB 1992) (citing *In re Sun Oil Co.*, 426 F.2d 401, 404, 165 USPQ 718, 719 (C.C.P.A. 1970) (Rich, J., concurring)). The disclaimer of unregistrable matter does not affect the appearance of the mark; that is, a disclaimer does not physically remove the disclaimed matter from the mark. *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 978, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213.

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark. *See In re Stereotaxis Inc.*, 429 F.3d 1039, 1040-41, 77 USPQ2d 1087, 1088-89 (Fed. Cir. 2005); TMEP §1213.01(b).

Applicant should submit a disclaimer in the following standardized format:

**No claim is made to the exclusive right to use "OCTOBERFEST" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this disclaimer requirement online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/disclaimer.jsp.

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney.  All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.  Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's  rights.  *See* TMEP §§705.02, 709.06.

**TEAS  PLUS  OR  TEAS  REDUCED  FEE  (TEAS  RF)  APPLICANTS – TO  MAINTAIN  LOWER  FEE,  ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's  amendment by telephone or e-mail without incurring this additional fee.

/arademacher/

April L. Rademacher

Examining Attorney

USTPO

Law Office 108

571-270-3353

april.rademacher@uspto.gov

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.



http://www.dictionary.com/browse/oktoberfest        01/13/2017 11:03:05 AM



< German; see October, fest

Dictionary.com Unabridged
Based on the Random House Dictionary, © Random House, Inc. 2017.

Cite This Source

Examples: from the Web for Oktoberfest

Contemporary Examples

- But on day two, I discover the trick keeping many *Oktoberfest* revelers afloat despite their grueling alcohol intake.

  My Two-Day Oktoberfest Bender Kristyn Ostman  October 4, 2013

- Recipe Get a jump start on *Oktoberfest* festivities with this German dish—lederhosen optional.

  Fresh Picks Kurt Gutenbrunner  September 9, 2009

Historical Examples

- The *Oktoberfest* starts on Friday and continues for sixteen days.

  Unborn Tomorrow  Dallas McCord Reynolds

- These statistics I read on the *Oktoberfest* in the Munich tourist pamphlets.

  Unborn Tomorrow  Dallas McCord Reynolds

Discover our greatest slideshows

  8 Wintry Words

  8 Words for Celebration

http://www.dictionary.com/browse/oktoberfest          01/13/2017 11:03:05 AM



8 Offbeat Literary
Genres to Get...

Brows                      Decode the pieces
                        in our favorite...

        ence Between Discreet and Discrete?
        uses of these two commonly confused homophones.

What Character Was Removed from the Alphabet?
What mistaken pronunciation gave this character its name?

Apostrophes 101
This small mark has two primary uses: to signify possession or omitted letters.

How Do I Get a Word into the Dictionary?
People invent new words all the time, but which ones actually make it?

Word of the Day

http://www.dictionary.com/browse/oktoberfest        01/13/2017 11:03:05 AM



Difficulty index for Oktoberfest

Few English speakers likely know this word

Word Value for Oktoberfest

0
0
Scrabble Words With Friends

Nearby words for oktoberfest

okovango
okra
okn
okt cell
okta
oktoberfest
okuninushi
ol
ol' man river
ol.
ola

About
Terms & Privacy

© 2017 Dictionary.com, LLC.

Declaration of Ethan Vodde - 35

| | |
|---|---|
| **To:** | Projekt Bayern Association (johns@sobbalaw.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87018344 - LEAVENWORTH OKTOBERFEST - 0051-000601 |
| **Sent:** | 1/13/2017 11:05:09 AM |
| **Sent As:** | ECOM108@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

### <u>IMPORTANT NOTICE REGARDING YOUR<br>U.S. TRADEMARK APPLICATION</u>

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED

ON **1/13/2017** FOR U.S. APPLICATION SERIAL NO. 87018344

Please follow the instructions below:

**(1)  TO READ THE LETTER:**  Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  TIMELY RESPONSE IS REQUIRED:**  Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period.  Your response deadline will be calculated from **1/13/2017** (*or sooner if specified in the Office action*).  A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period.  For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.  Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3)  QUESTIONS:**  For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney.  For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

### <u>WARNING</u>

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.**  For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp**.**

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:**  Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that

closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."


Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All <u>official</u> USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."   For more information on how to handle private company solicitations, see <u>http://www.uspto.gov/trademarks/solicitation_warnings.jsp</u>.

# Exhibit E

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87018344 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/87018344/large |
| LITERAL ELEMENT | LEAVENWORTH OKTOBERFEST |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ADDITIONAL STATEMENTS SECTION** | |
| DISCLAIMER | No claim is made to the exclusive right to use OKTOBERFEST apart from the mark as shown. |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| TOTAL FEES DUE | 225 |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /John Sobba/ |
| SIGNATORY'S NAME | John Sobba |
| SIGNATORY'S POSITION | Attorney |
| SIGNATORY'S PHONE NUMBER | 2068773382 |
| DATE SIGNED | 01/23/2017 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Jan 23 21:50:06 EST 2017 |
| TEAS STAMP | USPTO/ROA-XX.XX.XX.XXX-20 170123215006337515-870183 44-58043a4a761f8b61ad5d92 9ee8cb361e8047e494fbde547 e5675ec3f5bac2fb297-CC-82 00-20170123214432143347 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

**Response to Office Action**

## To the Commissioner for Trademarks:

Application serial no. **87018344** LEAVENWORTH OKTOBERFEST(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87018344/large) has been amended as follows:

**ADDITIONAL STATEMENTS**
**Disclaimer**
No claim is made to the exclusive right to use OKTOBERFEST apart from the mark as shown.

**FEE(S)**
Fee(s) in the amount of $225 is being submitted.

**SIGNATURE(S)**
**Response Signature**
Signature: /John Sobba/     Date: 01/23/2017
Signatory's Name: John Sobba
Signatory's Position: Attorney

Signatory's Phone Number: 2068773382

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the owner/holder in this matter: (1) the owner/holder has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the owner/holder has filed a power of attorney appointing him/her in this matter; or (4) the owner's/holder's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

RAM Sale Number: 87018344
RAM Accounting Date: 01/24/2017

Serial Number: 87018344
Internet Transmission Date: Mon Jan 23 21:50:06 EST 2017
TEAS Stamp: USPTO/ROA-XX.XX.XX.XXX-20170123215006337
515-87018344-58043a4a761f8b61ad5d929ee8c
b361e8047e494fbde547e5675ec3f5bac2fb297-
CC-8200-20170123214432143347

Declaration of Ethan Vodde - 40

RAM SALE NUMBER:  87018344
RAM ACCOUNTING DATE:  20170124

INTERNET TRANSMISSION DATE:

2017/01/23

SERIAL NUMBER:

87/018344

| Description | Fee Code | Transaction Date | Fee | Number Of Classes | Total Fees Paid |
|---|---|---|---|---|---|
| | 7007 | 2017/01/23 | 225 | 1 | 225 |

# Exhibit F

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1960 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Request for Reconsideration after Final Action

### The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 87018344 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/87018344/large |
| LITERAL ELEMENT | LEAVENWORTH OKTOBERFEST |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **GOODS AND/OR SERVICES SECTION (025)(current)** | |
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION | Baseball caps; Hats; Shirts; T-shirts |
| FILING BASIS | Section 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 08/01/1998 |
|    FIRST USE IN COMMERCE DATE | At least as early as 08/01/1998 |
| **GOODS AND/OR SERVICES SECTION (025)(proposed)** | |
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION | Baseball caps; Hats; Shirts; T-shirts |
| FILING BASIS | Section 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 08/01/1998 |
|    FIRST USE IN COMMERCE DATE | At least as early as 08/01/1998 |
| STATEMENT TYPE | **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR* **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen]. |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\870\183\87018344\xml7\ RFR0002.JPG |
| SPECIMEN DESCRIPTION | T-shirt with the applied for mark "LEAVENWORTH OKTOBERFEST" inserted within a banner at the bottom third of an oblong shaped picture with a Bavarian hat on top of the picture, mountains in the background of the picture and with two beer mugs situated over a blue and white checkered base in the foreground. Below the |

|  | applied for mark "LEAVENWORTH OKTOBERFEST" is situated the organization's name "Projekt Bayern" and location. |
|---|---|
| **GOODS AND/OR SERVICES SECTION (041)(no change)** | |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /John W Sobba/ |
| **SIGNATORY'S NAME** | John W Sobba |
| **SIGNATORY'S POSITION** | Attorney |
| **SIGNATORY'S PHONE NUMBER** | 2068773382 |
| **DATE SIGNED** | 02/27/2017 |
| **RESPONSE SIGNATURE** | /John W Sobba/ |
| **SIGNATORY'S NAME** | John W Sobba |
| **SIGNATORY'S POSITION** | Attorney |
| **SIGNATORY'S PHONE NUMBER** | 2068773382 |
| **DATE SIGNED** | 02/27/2017 |
| **AUTHORIZED SIGNATORY** | YES |
| **CONCURRENT APPEAL NOTICE FILED** | NO |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon Feb 27 15:08:50 EST 2017 |
| **TEAS STAMP** | USPTO/RFR-XX.XX.XX.XXX-20 170227150850281018-870183 44-580e7e632182e114ab1ec5 9d8bb962ffe24b08518c37639 9ed11969e61178891d3-N/A-N /A-20170227144932325844 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1960 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

## Request for Reconsideration after Final Action

## To the Commissioner for Trademarks:

Application serial no. **87018344** LEAVENWORTH OKTOBERFEST(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87018344/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 025 for Baseball caps; Hats; Shirts; T-shirts
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 08/01/1998 and first used in commerce at least as early as 08/01/1998 , and is now in use in such commerce.

**Proposed:** Class 025 for Baseball caps; Hats; Shirts; T-shirts
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 08/01/1998 and first used in commerce at least as early as 08/01/1998 , and is now in use in such commerce.

Applicant hereby submits one(or more) specimen(s) for Class 025 . The specimen(s) submitted consists of T-shirt with the applied for mark "LEAVENWORTH OKTOBERFEST" inserted within a banner at the bottom third of an oblong shaped picture with a Bavarian hat on top of the picture, mountains in the background of the picture and with two beer mugs situated over a blue and white checkered base in the foreground. Below the applied for mark "LEAVENWORTH OKTOBERFEST" is situated the organization's name "Projekt Bayern" and location. .
"**The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR* "**The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use**" *[for an application based on Section 1(b) Intent-to-Use]. OR* "**The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use**" [for an illegible specimen]. Specimen File1

**SIGNATURE(S)**
**Declaration Signature**


**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**


Signature: /John W Sobba/     Date: 02/27/2017
Signatory's Name: John W Sobba
Signatory's Position: Attorney
Signatory's Phone Number: 2068773382


**Request for Reconsideration Signature**
Signature: /John W Sobba/     Date: 02/27/2017
Signatory's Name: John W Sobba

Signatory's Position: Attorney

Signatory's Phone Number: 2068773382

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the owner/holder in this matter: (1) the owner/holder has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the owner/holder has filed a power of attorney appointing him/her in this matter; or (4) the owner's/holder's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

The applicant is not filing a Notice of Appeal in conjunction with this Request for Reconsideration.

Serial Number: 87018344
Internet Transmission Date: Mon Feb 27 15:08:50 EST 2017
TEAS Stamp: USPTO/RFR-XX.XX.XX.XXX-20170227150850281
018-87018344-580e7e632182e114ab1ec59d8bb
962ffe24b08518c376399ed11969e61178891d3-
N/A-N/A-20170227144932325844



# Exhibit G

## Secretary of State

**CORPORATIONS**

HOME    CORPORATIONS MENU    SEARCH

## 602 323 799

**Application to Form a Nonprofit Corporation**

**FILED
SECRETARY OF STATE
SAM REED**

**APRIL 30, 2009**

Application ID: 1426935
PROJEKT BAYERN ASSOCIATION
*(Special Name Review Requested)*

**Steps to Register**
- ✓ Corporate Name
- ✓ Contact Info
- ✓ Articles of Incorporation
- ✓ Registered Agent
- ✓ Initial Directors
- ✓ Incorporators
- ✓ Signature
- ▸ Confirm Information
- Shopping Cart
- Credit Card
- Print Receipt

[ **Cancel Transaction** ]

[ **Save Transaction** ]

**Confirmation**

Before completing your order please make sure the application is accurate as your fees may not be refundable once submitted.

**Articles of Incorporation**

| | |
|---|---|
| **Preferred Name** | PROJEKT BAYERN ASSOCIATION |
| | *Special Name Review Requested* |
| **Tenure** | Perpetual |
| **Purpose of Corporation** | Any Lawful Purpose |
| **Effective Date of Incorporation** | Date of Filing |
| **Distribution of Assets** | In the event of a voluntary dissolution of the corporation the net assets shall be distributed to another like nonprofit corporation organization. |
| **Additional Provisions Attached** | False |

Click here to Update Articles Of Incorporation

**Registered Agent Information**

| | |
|---|---|
| **Agent Type** | Individual |
| **Agent Name** | Larry Meyer |
| **Address** | |
| | 110 Park Ave |
| | Leavenworth |
| | WA |
| | 98826 |
| **Mailing Address** | |
| | same as above |
| **Email Address** | larrymeyer1@msn.com |
| **Agent Consent Provision** | Submitter is Registered Agent |

Click here to Update Registered Agent

**Initial Directors**

| | |
|---|---|
| Larry Meyer | 110 Park Ave |
| | Leavenworth |
| | WA |

04/30/09 1502842-001 $50.00 K #5621 #1693055

|  | 98826 |
|---|---|
| **Wayne Klenda** | 12591 Spring Street<br>Leavenworth<br>WA<br>98826 |
| **Bob Kelly** | Box 876<br>Leavenworth<br>WA<br>98826 |
| **Phyllis Busse** | 200 Joseph Street #602<br>LEAVENWORTH<br>WA<br>98826 |

Click_Here_to_Edit_Initial_Directors Information

### Incorporators

| **Larry Meyer** | 110 Park Ave<br>Leavenworth<br>WA<br>98826 |
|---|---|

Click Here to_Edit_Incorporators Information

### Signature

| **Signature** | Completed |
|---|---|
| **Signed By** | Larry Meyer |

Click_Here_to_Go_to_Signature Page

### Contact Information

| **Contact Name** | Larry Meyer |
|---|---|
| **Contact Phone** | (509) 548-6393 |
| **Contact Email** | larrymeyer1@msn.com |
| **Mailing Address** | 110 Park Ave<br>Leavenworth<br>WA<br>98826 |

Click_Here_to_Update_Contact_Information.

### Cost

| **Total Cost** | $50.00 |
|---|---|

Address_Confidentiality | Apostilles | Archives | Charitable_Trusts & Solicitations | Corporations | Digital_Signatures
Elections & Voting | International_Trade | Library | Medals_of Merit & Valor | News Releases | Oral History | Productivity_Board
State_Flag | State_Seal | Washington History

**Washington Secretary of State**
801 Capitol Way South, PO Box 40234 OLYMPIA WA 98504-0234
(360) 725-0377
Privacy Policy

Declaration of Ethan Vodde - 50



| | C O R P O R A T I O N S |
|---|---|

 HOME   CORPORATIONS MENU  SEARCH

**Application to Form a Nonprofit Corporation** ·

```
Application ID: 1426935
PROJEKT BAYERN ASSOCIATION
(Special Name Review Requested)
Signature Required
```

**Steps to Register**

✓ Corporate Name
✓ Contact Info
✓ Articles of Incorporation
✓ Registered Agent
✓ Initial Directors
✓ Incorporators
▸ Signature
✓ Confirm Information
✓ Shopping Cart
   Credit Card
   Print Receipt

**Signature** *Larry Meyer*

By clicking the continue button below, I certify that I am authorized to file this document on behalf of the above named corporation.

By Submitting this application for filing I am declaring under penalty of perjury that the information contained in the application is true and correct to the best of my knowledge.

I understand that the RCW 43.07.210 provides that knowingly submitting false information to the Secretary of State is punishable as a gross misdemeanor. A gross misdemeanor is punishable by up to one year imprisonment and up to a $5,000 fine.

Full Name of Submitter | Larry Meyer

**Cancel Transaction**

**Save Transaction**

**View Shopping Cart** ▸▸

---

Address Confidentiality | Apostilles | Archives | Charitable Trusts & Solicitations | Corporations | Digital Signatures
Elections & Voting | International Trade | Library | Medals of Merit & Valor | News Releases | Oral History | Productivity Board
State Flag | State Seal | Washington History

**Washington Secretary of State**
801 Capitol Way South, PO Box 40234 OLYMPIA WA 98504-0234
(360) 725-0377
Privacy Policy

# Exhibit H



601 West Riverside Avenue, Suite 1400
Spokane, WA 99201

Phone | 509.324.9256
Fax | 509.323.8979

July 26, 2022

***VIA EMAIL AND U.S. MAIL***

Cary Sanger
Projekt Bayern Association
P.O. Box 411
Leavenworth, WA 98826-0411
Email: carysanger@icloud.com

> Re:  **City of Leavenworth 2022 Oktoberfest Celebration**
> **Projekt Bayern Association**

Dear Ms. Sanger:

This firm represents the City of Leavenworth (the "City") in certain intellectual property matters; we are writing you in your capacity as the registered agent and governor for Projekt Bayern Association. As you are aware, Projekt Bayern ("PB") contracted with the City for several years in relation to the City's fall Oktoberfest celebration held in Leavenworth.

Last year, the City terminated the contract with PB. Since that time, PB's relationship with the City has deteriorated, to the extent that PB has disseminated blatantly untrue information in its public communications. PB has stated that the City is "lying" concerning an Oktoberfest in Leavenworth in 2022 and asserted that PB owns trademark rights to "LEAVENWORTH OKTOBERFEST." PB has posted billboards, signs, and other advertising stating that "Leavenworth Oktoberfest" will be held in Wenatchee this fall.

What is more, PB has sent the City and at least two third parties cease-and-desist letters, claiming exclusive rights to use "LEAVENWORTH OKTOBERFEST." PB has gone so far as to assert that the use of "Bavariafest" would infringe PB's rights, an assertion without legal support.

PB's statements to the public are untrue and are injurious to the City. At all times in the past, PB used "Leavenworth Oktoberfest" with the permission of the City. PB does not own rights in that usage, and the trademark application PB filed is invalid. The City has recently petitioned for that registration's cancellation, noting the application's geographic descriptiveness and the false Section 2(f) statement you signed on behalf of PB. Moreover, PB's attempt to use "LEAVENWORTH OKTOBERFEST" in connection with an Oktoberfest in Wenatchee is deceptively geographically misdescriptive and deceives Washington consumers.

The City does not dispute PB's ability to coordinate and manage festivals, or to refer to a festival as an "Oktoberfest." But the City is injured by PB's claim to exclusive rights in LEAVENWORTH OKTOBERFEST, and is harmed by PB's misinformation campaign, as well as PB's interference with the City's partners and proposed partners. Moreover, PB still owes the City $50,000 outstanding from its last engagement with the City.

Atlanta | Austin | Vancouver-Portland Metro | Rochester | Seattle | Spokane | Washington D.C.     info@leehayes.com | leehayes.com



On behalf of the City, we demand PB cease and desist from its unlawful activities. For clarity, the City demands of PB the following:

- PB must expressly abandon USPTO Reg. No. 5,239,374;
- PB must cease and desist from any use of "Leavenworth" in regard to activities that are not associated with the City of Leavenworth;
- PB must cease and desist from further false statements, and issue a correction withdrawing its past false statements, concerning the City and its 2022 Oktoberfest celebration; and
- PB must meet its payment commitment under its agreement with the City.

We have filed an action in the United States District Court for the Eastern District of Washington to address all these concerns and attach a courtesy copy for your information. Please respond to this letter no later than five (5) days from receipt to affirm your compliance. If we do not hear from you by then, the City will have no choice but to continue with its District Court action.

As noted, we have directed this letter to you in your capacity as the registered agent and governor for PB in its activities to date; please let us know if PB has engaged counsel to represent it in litigation. This letter is not intended to be a full and complete statement of the facts in this matter, or of the City's rights, and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

Sincerely,

LEE & HAYES, P.C.

Robert J. Carlson
(206) 876-6029
carlson@leehayes.com