1  James Breitenbucher, WSBA #27670
   FOX ROTHSCHILD LLP
2  1001 Fourth Avenue, Suite 4400
   Seattle, Washington 98154
3  206.624.3600

4  Kelly Konkright, WSBA #33544
   LUKINS & ANNIS, P.S.
5  717 West Sprague Avenue, Suite 1600
   Spokane, Washington 99201
6  509.455.9555

7  Cali R. Spota (admitted *pro hac vice*)
   FOX ROTHSCHILD LLP
8  997 Lenox Drive
   Lawrenceville, New Jersey 08648
9  609.896.3600

10 *Attorneys for Defendant/Counterclaimant/*
   *Third-Party Plaintiff Projekt Bayern Association*

11
                    UNITED STATES DISTRICT COURT
12            FOR THE EASTERN DISTRICT OF WASHINGTON

13 CITY OF LEAVENWORTH,                    No. 2:22-cv-00174-TOR
   a Washington municipal corporation,
14                                         **DEFENDANT /**
                Plaintiff/Counterclaim     **COUNTERCLAIMANT /**
15              Defendant,                  **THIRD-PARTY PLAINTIFF**
                                           **PROJEKT BAYERN**
          v.                               **ASSOCIATION'S AMENDED**
16                                         **COUNTERCLAIMS AND**
   PROJEKT BAYERN ASSOCIATION,             **THIRD-PARTY COMPLAINT**
   a Washington nonprofit corporation,
17
                Defendant/Counterclaimant. **JURY TRIAL DEMANDED**
18
   ─────────────────────────────────
19 PROJEKT BAYERN ASSOCIATION,
   a Washington nonprofit corporation,
20
                Third-Party Plaintiff,
21
          v.
22
   LEAVENWORTH CHAMBER OF
23 COMMERCE, a Washington nonprofit
   corporation,
24
                Third-Party Defendant.
25

26

PROJEKT BAYERN'S AMENDED COUNTERCLAIMS          **FOX ROTHSCHILD LLP**
AND THIRD-PARTY COMPLAINT - 1                    1001 FOURTH AVENUE, SUITE 4400
                                                 SEATTLE, WA 98154
                                                 206.624.3600

## AMENDED COUNTERCLAIMS AND THIRD-PARTY COMPLAINT

1.    Projekt Bayern Association ("Projekt Bayern"), for its Counterclaim and Counterclaim Complaint against The City of Leavenworth (the "City") and the Leavenworth Chamber of Commerce (the "Chamber") respectively, states as follows.

## I.    PARTIES, JURISDICTION, AND VENUE

2.    Counterclaim Defendant City of Leavenworth is a Washington municipal corporation located in Chelan County, Washington.

3.    Third-Party Defendant the Leavenworth Chamber of Commerce is a Washington nonprofit corporation with its principal place of business at 940 U.S.-2, Suite B, Chelan County, Leavenworth, Washington.

4.    Counterclaimant Projekt Bayern Association is a Washington nonprofit corporation with its principal place of business at 10402 Chumstick Highway, Leavenworth, Chelan County, Washington.

5.    This civil action arises under the Lanham Trademark Act, 15 U.S.C. § 1125(a) and violations of Washington law. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, 1338(a)-(b) and 15 U.S.C. § 1121, and supplemental jurisdiction over causes of action based on state law, pursuant to 28 U.S.C. § 1367.

6.    Jurisdiction is proper as to Counterclaim Defendant City of Leavenworth and Third-Party Defendant the Leavenworth Chamber of Commerce because both are Washington state corporations with their offices and principal places of business in the State of Washington. Both the City and the Chamber's wrongful acts occurred within the State of Washington.

7.    Venue is proper in this district under 28 U.S.C. § 1391 because the Chamber transacts business in this district, a substantial part of the events giving rise

PROJEKT BAYERN'S AMENDED COUNTERCLAIMS
AND THIRD-PARTY COMPLAINT - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1    to Counterclaimant's claims arose in this district, and the effects of the Chamber's

2    and the City's unlawful actions are felt in this district. Further, the City originally

3    brought this case in this district.

## II.    STATEMENT OF ADDITIONAL FACTS

5    8.    Projekt Bayern has been rendering, among other things, entertainment

6    services in the nature of organizing and conducting cultural festivals featuring food,

7    beverages, alcohol, live musical performances, and entertainment for children and

8    adults (the "Projekt Bayern Services") in connection with the trademark

9    LEAVENWORTH OKTOBERFEST (the "LEAVENWORTH OKTOBERFEST"

10   Mark) since August 1998.

11   9.    Projekt Bayern is the owner of U.S. Trademark Registration No.

12   5,239,374    for    the    LEAVENWORTH    OKTOBERFEST    Mark    (the

13   "LEAVENWORTH OKTOBERFEST Registration").

14   10.    The LEAVENWORTH OKTOBERFEST Registration was placed on

15   the Principal Register of the United States Patent and Trademark office on July 11,

16   2017.

17   11.    The    LEAVENWORTH    OKTOBERFEST    Registration    provides

18   conclusive evidence of Projekt Bayern's exclusive right to use its LEAVENWORTH

19   OKTOBERFEST Mark in commerce pursuant to 15 U.S.C. § 1115(b), and it also

20   provides nationwide constructive notice of Projekt Bayern's exclusive rights

21   pursuant to 15 U.S.C. § 1072.

22   12.    Projekt Bayern has enjoyed continuous and exclusive use of its

23   LEAVENWORTH OKTOBERFEST Mark for its services since August 1998,

24   including the yearly production of its LEAVENWORTH OKTOBERFEST event.

25   13.    Projekt Bayern has heavily invested in the advertisement and offering

26   of its Projekt Bayern Services. In fact, Projekt Bayern has invested hundreds of

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1  thousands of dollars in building its LEAVENWORTH OKTOBERFEST brand
2  connected with its Projekt Bayern Services.

3      14.    Projekt Bayern has also donated more than $500,000 to improve the
4  City of Leavenworth, enhance the Bavarian theme, and help build the goodwill
5  associated with its LEAVENWORTH OKTOBERFEST Mark and the Projekt
6  Bayern Services, including a complete restoration of the iconic Gazebo in Front
7  Street Park.

8      15.    Based on the continuous and exclusive use of the LEAVENWORTH
9  OKTOBERFEST Mark, and because of the extensive advertising, promotion, and
10 offering of services under the LEAVENWORTH OKTOBERFEST Mark, the
11 LEAVENWORTH OKTOBERFEST Mark has become distinctive of the Projekt
12 Bayern Services in the minds of the consuming public. In fact, people travel across
13 the country yearly to participate in Projekt Bayern's LEAVENWORTH
14 OKTOBERFEST branded events. The public recognizes the LEAVENWORTH
15 OKTOBERFEST Mark as representing the quality and value of the Projekt Bayern
16 Services, identifying the Projekt Bayern Services as coming from a single source,
17 and distinguishing the Projekt Bayern Services from services provided by other
18 sources.

**The City of Leavenworth and the Leavenworth Chamber of Commerce's**

**Directly Competing and Purposely Confusingly Similar Event**

21     16.    Since 1998, Projekt Bayern operated its LEAVENWORTH
22 OKTOBERFEST festival in the City of Leavenworth.

23     17.    On September 26, 2012, the City of Leavenworth and Projekt Bayern
24 entered into a lease agreement, under which Projekt Bayern would lease space for
25 its Projekt Bayern Services, which included the LEAVENWORTH
26 OKTOBERFEST event.

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1    18.    Under the 2012 Agreement, Projekt Bayern agreed to donate to the City

2    of Leavenworth $50,000 annually during the term of the 2012 Agreement. The

3    original term of the 2012 Agreement was five years, with the possibility of automatic

4    renewal after the first five-year period.

5    19.    The 2012 Agreement makes no reference to ownership of Intellectual

6    Property rights or any licenses relating to same. Instead, Paragraph III.A. of the 2012

7    Agreement specifically identifies the LEAVENWORTH OKTOBERFEST event as

8    belonging to Projekt Bayern by stating: "In exchange for the Annual

9    Donation/Compensation Payment, Projekt Bayern will have full use of the Fruit

10   Warehouse for **its** Oktoberfest Festival and related activities…" Exh. B at p. 4

11   (emphasis added).

12   20.    There is nothing in the 2012 Agreement that suggests the City of

13   Leavenworth    owns    the    LEAVENWORTH    OKTOBERFEST    event    or

14   LEAVENWORTH OKTOBERFEST Mark. Instead, the 2012 Agreement simply

15   grants Projekt Bayern a right to use the property for "its" LEAVENWORTH

16   OKTOBERFEST event.

17   21.    The City of Leavenworth and Projekt Bayern had a cordial business

18   relationship for many years. In fact, Projekt Bayern donated more than $500,000 to

19   improve the City of Leavenworth and enhance the Bavarian theme.

20   22.    The 2012 Agreement was renewed in 2017. Projekt Bayern continued

21   to offer its LEAVENWORTH OKTOBERFEST event in Leavenworth until 2020.

22   23.    Due to the global coronavirus pandemic and the restrictions put in place

23   by the City of Leavenworth to limit the spread of the virus, Projekt Bayern could not

24   operate its LEAVENWORTH OKTOBERFEST event in Leavenworth in 2020 or

25   2021. In 2021, Projekt Bayern organized a free, street fair, or harvest festival in

26   Leavenworth.

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

24.     The City of Leavenworth terminated the 2012 Agreement with Projekt Bayern by letter dated March 23, 2021.

25.     In a June 3, 2022 Press Release, the City of Leavenworth announced: "Historically, October has been reserved for Oktoberfest. The City is seeking a new style of partnership with an entity that will conceptualize, plan, prepare, execute, evaluate and ***replicate*** a marquee event to promote the City, showcase local businesses, respect community character, celebrate inclusion, and balance the needs of visitors and residents in October." (Emphasis added.)

26.     When Projekt Bayern submitted a proposal to operate its LEAVENWORTH OKTOBERFEST event in 2022, the City of Leavenworth did not seriously consider Projekt Bayern's proposal, rejecting Projekt Bayern's final proposal on the same day that it was made.

27.     Projekt Bayern reserved Leavenworth Festhalle for its LEAVENWORTH OKTOBERFEST event in 2022. Under Leavenworth Festhalle's published policies and procedures, the Leavenworth Festhalle allowed groups to lease the facility for the same period that they had in the prior year. The City directed the Leavenworth Festhalle's staff to cancel Projekt Bayern's reservations for 2022 in violation of Leavenworth Festhalle's published policies and procedures.

28.     Wanting to continue offering the Projekt Bayern Services, including the LEAVENWORTH OKTOBERFEST event, in the same manner that consumers were accustomed to and have come to associate the LEAVENWORTH OKTOBERFEST event with, Projekt Bayern made the decision to move its event to Wenatchee, Washington, a city from which it has operated shuttle buses to and from its LEAVENWORTH OKTOBERFEST event for many years.

29.     In Wenatchee, Projekt Bayern will continue to operate the LEAVENWORTH OKTOBERFEST event with the same traditions and offerings,

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1 including musicians and vendors Projekt Bayern hired in previous

2 LEAVENWORTH OKTOBERFEST events. Projekt Bayern is also marketing the

3 LEAVENWORTH OKTOBERFEST event in Wenatchee to the same prospective

4 visitors as previous LEAVENWORTH OKTOBERFEST events; is offering shuttle

5 bus service between Leavenworth and Wenatchee just as Projekt Bayern offered for

6 previous LEAVENWORTH OKTOBERFEST events; and will use funds from the

7 LEAVENWORTH OKTOBERFEST event in Wenatchee to promote the Old-World

8 Bavarian theme in Leavenworth and the surrounding area.

9     30.    According to the City of Leavenworth's records, on August 3, 2021,

10 just twenty-two (22) seconds before the deadline, SE Productions of Seattle

11 submitted a two-page proposal for a "Leavenworth Harvest Festival / Leavenworth

12 Fall Fest / Leavenworth Fall Festival" with the following caveat: "All elements of

13 the proposed event are to be determined by a site visit and further exploratory

14 conversations with the City of Leavenworth."

15     31.    On October 7, 2021, the City of Leavenworth announced, "a

16 partnership with SE Productions for the October 2022 festival and beyond in

17 Leavenworth."

18     32.    After SE Productions withdrew its participation from any October 2022

19 festival, the City of Leavenworth began working with the Leavenworth Chamber of

20 Commerce with no request for proposal or bidding process.

21     33.    On July 11, 2022, the City of Leavenworth announced that it would

22 operate an "Oktoberfest 2022" in Leavenworth ("the 2022 Festival") to directly

23 compete with Projekt Bayern's LEAVENWORTH OKTOBERFEST event in

24 Wenatchee.

25     34.    The Leavenworth Chamber of Commerce, in partnership with the City

26 of Leavenworth, will provide the 2022 Festival in a geographic area that directly

PROJEKT BAYERN'S AMENDED COUNTERCLAIMS
AND THIRD-PARTY COMPLAINT - 7

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1  overlaps with the geographic area in which Projekt Bayern provides its
2  LEAVENWORTH OKTOBERFEST event-related services.

3      35.    The Chamber and the City are purposely trading off Projekt Bayern's
4  investment in its LEAVENWORTH OKTOBERFEST Mark and the goodwill
5  associated with the LEAVENWORTH OKTOBERFEST Mark and
6  LEAVENWORTH OKTOBERFEST event by marketing the 2022 Festival as an
7  event identical to Projekt Bayern's LEAVENWORTH OKTOBERFEST event.

8      36.    For example, in a release dated July 11, 2022, Jessica Stroller, on behalf
9  of the Leavenworth Chamber of Commerce, wrote that "Oktoberfest returns to
10  Leavenworth over three weekends," insinuating to consumers that Projekt Bayern's
11  Oktoberfest, which has been the **only** Oktoberfest event taking place in the City of
12  Leavenworth for the past 20 years, will be held in Leavenworth again this year. This
13  statement is also visible on the Chamber's website for the 2022 Festival as seen
14  below:



15
16
17
18
19
20
21
22
23
24
25
26  (https://leavenworth.org/oktoberfest/)

PROJEKT BAYERN'S AMENDED COUNTERCLAIMS
AND THIRD-PARTY COMPLAINT - 8

37.     The use of the word "returns" signals to consumers that Projekt Bayern will once again be providing its LEAVENWORTH OKTOBERFEST in Leavenworth, Washington in 2022. This statement will confuse consumers into believing the LEAVENWORTH OKTOBERFEST will be held in Leavenworth, Washington again in 2022 and/or there is an association between the Chamber and City's 2022 Festival and Projekt Bayern.

38.     As seen below, the phrases like "Oktoberfest returns" and "Oktoberfest is Back" is the focus of the Chamber's marketing efforts and advertisements for the 2022 Festival, to suggest to consumers that the 2022 Festival will be the same Oktoberfest-themed event that they have come to know and enjoy for the last 20 years, i.e., Projekt Bayern's LEAVENWORTH OKTOBERFEST:




PROJEKT BAYERN'S AMENDED COUNTERCLAIMS
AND THIRD-PARTY COMPLAINT - 9

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

39.     Notably, in the advertisement seen above, and focused in on below, although the words "Leavenworth" and "Oktoberfest" are separated by a period, the Chamber's advertisement purposely puts the two words close together to subconsciously bring "LEAVENWORTH OKTOBERFEST" to the consumers' minds:



The Chamber is aware of the goodwill and success associated with Projekt Bayern's LEAVENWORTH OKTOBERFEST and LEAVENWORTH OKTOBERFEST Mark. It is using these deceptive tactics in its marketing efforts to confuse and mislead consumers into believing its 2022 Festival is somehow related to Projekt Bayern's LEAVENWORTH OKTOBERFEST, a continuation of the same 20+ year event, and unfairly compete in the marketplace.

40.     Further, in addition, the Leavenworth Chamber of Commerce is promoting the 2022 Festival by advertising that it will replicate popular features used in Projekt Bayern's LEAVENWORTH OKTOBERFEST event. As seen above, the Leavenworth Chamber of Commerce's website claims "Oktoberfest returns this October with longstanding traditions of music, dancing, and the ceremonial tapping of the kegs!" (https://leavenworth.org/oktoberfest/)

41.     Over the past 20 years, Projekt Bayern has been providing an Oktoberfest experience to consumers traveling from around the country to a specific region of Central Washington. After years of providing a high quality, popular event, showcasing the region and many local vendors, consumers have come to trust that

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1  the LEAVENWORTH OKTOBERFEST event rendered by Projekt Bayern will be

2  the same high-quality event they have enjoyed for years.

3      42.    Based on the City's and the Chamber's advertising to date, it is apparent

4  that the City and the Chamber are trying to mimic the qualities of LEAVENWORTH

5  OKTOBERFEST that consumers have come to recognize and expect to not only

6  trade on Projekt Bayern's success, but to also confuse consumers into believing that

7  the 2022 Festival is associated with and/or sponsored by Projekt Bayern.

8      43.    The Chamber is using photographs, depicting the LEAVENWORTH

9  OKTOBERFEST event rendered by Projekt Bayern, to advertise the City and the

10  Chamber's competing Oktoberfest-themed event. For example, the below, which the

11  Chamber posted, shows a picture of Projekt Bayern's LEAVENWORTH

12  OKTOBERFEST:



20      (https://www.wenatcheeworld.com/news/city-of-leavenworth-to-launch-

21      new-oktoberfest-with-smaller-beer-gardens-more-family-activities/article

22      _9a760d34-03c0-11ed-b547-7389fa5a7dab.html#:~:text=The%20city%20

23      of%20Leavenworth%20is,more%20community%20and%20family%20frien

24      dly).

25      The above image was taken from an article posted by Wenatchee World, a

26  member of the Chamber. *See* https://leavenworth.org/service-directory/advertising-

marketing/. The picture displays a group of individuals who attended LEAVENWORTH OKTOBERFEST at Projekt Bayern's invitation.

44.     Upon information and belief, this deceptive tactic is being done at the City's direction and/or request. Projekt Bayern understands that the Chamber was asked to help plan and run the 2022 Festival for the City. The Chamber therefore has the City's permission to run the 2022 Festival. Because of this relationship, the City likely has influence over, or must approve of, the Chamber's marketing efforts relating to the 2022 Festival. Thus, the City fosters or participates in the Chamber's marketing efforts.

45.     In addition, upon information and belief, the City of Leavenworth has promised to subsidize the Leavenworth Chamber of Commerce to cover expenses related to the 2022 Festival in Leavenworth.

46.     The Chamber, and the City, whether jointly, as licensor-licensee, or as an agent of the other, is intentionally using the recognition and goodwill associated with Projekt Bayern and Projekt Bayern's LEAVENWORTH OKTOBERFEST event to launch its directly competing Oktoberfest event. Consumers will see pictures like the example provided above, which depicts the festival they have long recognized as originating with Projekt Bayern, and immediately assume the 2022 Festival is (1) being provided again by Projekt Bayern; and/or (2) associated with / sponsored by Projekt Bayern. The use of pictures depicting LEAVENWORTH OKTOBERFEST will therefore help cause additional consumer confusion.

47.     The City and the Chamber are aware or should be aware that the consuming public recognizes and relies on the LEAVENWORTH OKTOBERFEST Mark and LEAVENWORTH OKTOBERFEST event to identify the Projekt Bayern Services and to distinguish the Projekt Bayern Services from the services of others.

PROJEKT BAYERN'S AMENDED COUNTERCLAIMS
AND THIRD-PARTY COMPLAINT - 12

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

48.    The City and the Chamber are aware or should be aware that their use of the words "return" and "back" and pictures depicting the Projekt Bayern Services in its marketing materials is likely to confuse, mislead, and otherwise deceive consumers into believing the 2022 Festival originates from, is affiliated with, and/or is licensed, sponsored, approved, or authorized by Projekt Bayern.

49.    Further, the City and the Chamber are aware or should be aware that the mimicking of the Projekt Bayern Services offered in connection with the LEAVENWORTH OKTOBERFEST Mark in the offering of the 2022 Festival is likely to confuse, mislead, and otherwise deceive consumers into believing the 2022 Festival originates from, is affiliated with, and/or is licensed, sponsored, approved, or authorized by Projekt Bayern.

50.    The City and the Chamber are aware or should be aware that the use of the words "Leavenworth" and "Oktoberfest" so closely together in connection with their marketing and advertising efforts for the 2022 Festival is likely to confuse, mislead, and otherwise deceive consumers into believing the 2022 Festival originates from, is affiliated with, and/or is licensed, sponsored, approved, or authorized by Projekt Bayern.

51.    The City and the Chamber's deceptive marketing and advertising and direct copying of the Projekt Bayern Services, including the use of phrases like "Oktoberfest returns" and "Oktoberfest is Back" and displaying pictures of the Projekt Bayern Services, in connection with the production of a separate, directly competing festival, has caused actual confusion and is likely to cause additional confusion or to cause a mistake or to deceive as to affiliation, connection, or association between the City and the Chamber and Projekt Bayern.

52.    By the aforementioned acts, the City and the Chamber have exploited and sought to trade upon the reputation and goodwill developed by Projekt Bayern

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

in connection with its LEAVENWORTH OKTOBERFEST Mark and the Projekt Bayern Services.

53. Upon information and belief, the City and Chamber's acts were and still are being committed with the reckless disregard of Projekt Bayern's rights and the likelihood that consumers would be confused and falsely believe that the 2022 Festival is provided by, licensed by, sponsored by, endorsed by, or otherwise affiliated with Projekt Bayern.

54. The City and the Chamber's acts will likely induce consumers to believe that Projekt Bayern is offering its LEAVENWORTH OKTOBERFEST event in Leavenworth, or at least believe that 2022 Festival is licensed by, sponsored by, endorsed by, or otherwise affiliated with Projekt Bayern. The City and the Chamber's acts will also likely induce consumers to attend the 2022 Festival in the mistaken belief that the City and the Chamber have affiliated with the Projekt Bayern Services and will be expecting the same level of quality and service.

55. In fact, Projekt Bayern has already received inquiries from consumers and third parties as to whether Projekt Bayern was offering or was otherwise associated with the 2022 Festival. Projekt Bayern has also received communications from consumers who planned to travel to the 2022 Festival, assuming that Projekt Bayern was providing its LEAVENWORTH OKTOBERFEST event with the City of Leavenworth.

56. As a result of the City and the Chamber's conduct, Projekt Bayern has suffered and, unless enjoined by this Court, will continue to suffer damages to its business, reputation, and goodwill.

57. The wrongful activities and unfair competition of the City and the Chamber are wanton, willful, and deliberate.

PROJEKT BAYERN'S AMENDED COUNTERCLAIMS
AND THIRD-PARTY COMPLAINT - 14

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

58.    On April 27, 2022, Projekt Bayern, through legal counsel, wrote the City of Leavenworth to remind the City and its mayor that Projekt Bayern owns the LEAVENWORTH OKTOBERFEST Mark and demanding that the City of Leavenworth refrain from using the LEAVENWORTH OKTOBERFEST Mark or any confusing similar marks.

59.    The City of Leavenworth responded to this April 27, 2022 letter by filing this lawsuit and initiating a proceeding before United States Patent and Trademark Office's Trademark Trial and Appeal Board, seeking to cancel Projekt Bayern's LEAVENWORTH OKTOBERFEST Mark.

60.    The City moved to dismiss Projekt Bayern's Counterclaims on August 31, 2022. Dkt. No. 14 ("Motion to the Dismiss"). The Motion to Dismiss states that the Chamber is responsible for the deceptive advertising practices mentioned in Projekt Bayern's Counterclaims. *See* Motion to Dismiss at pp. 5-6.

## COUNT I

## FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTION, AND UNFAIR COMPETITION UNDER 15 U.S.C. §1125(a)

### (*Against the City of Leavenworth*)

61.    Projekt Bayern repeats, realleges, and incorporates all of the allegations made in the foregoing paragraphs of the Counterclaims as if fully set forth herein.

62.    Projekt Bayern is the owner of U.S. Registration No. 5,239,374 for the mark LEAVENWORTH OKTOBERFEST. Projekt Bayern is the prior user of the LEAVENWORTH OKTOBERFEST mark/name in connection with the offering and rendering of entertainment services in the nature of organizing and conducting cultural festivals featuring food, beverages, alcohol, live musical performances, and entertainment for children and adults.

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

63.    As result of longstanding and extensive use of the LEAVENWORTH OKTOBERFEST trademark and wide recognition among attendees of its Oktoberfest celebrations, Projekt Bayern's LEAVENWORTH OKTOBERFEST Mark has become distinctive and an indication of the source of such festivities.

64.    Because of the highly entertaining and superb quality service Projekt Bayern provides to those attending its Oktoberfest event year after year, consumers have come to associate the LEAVENWORTH OKTOBERFEST event with Projekt Bayern.

65.    As described above, the City is knowingly and willfully misleading and deceiving consumers into believing that the 2022 Festival, being held in Leavenworth, has an affiliation, connection, or association with Projekt Bayern, or that the 2022 Festival is approved or sponsored by Projekt Bayern.

66.    The City's actions described above, including falsely and misleadingly describing or representing in commercial advertising and promotion of the City's services as that of Projekt Bayern's, either directly or through the Chamber as its agent, misrepresents the nature, characteristics, and qualities of the City's services.

67.    For example, in a release dated July 11, 2022, Jessica Stroller, on behalf of Leavenworth Chamber of Commerce, wrote that "Oktoberfest returns to Leavenworth over three weekends," insinuating to consumers that Projekt Bayern's LEAVENWORTH OKTOBERFEST event, which has been the **only** Oktoberfest event taking place in the City of Leavenworth for the past 20 years, will be held in Leavenworth again this year.

68.    An advertisement for the 2022 Festival also stated that "Oktoberfest is back," again, suggesting to consumers that Projekt Bayern's LEAVENWORTH OKTOBERFEST event, which has been the **only** Oktoberfest event taking place in

PROJEKT BAYERN'S AMENDED COUNTERCLAIMS
AND THIRD-PARTY COMPLAINT - 16

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1   the Leavenworth area for the past 20 years, will be held in Leavenworth again this

2   year.

3       69.    Because of the partnership created between the City and the Chamber,

4   said statement was either (1) made at the City's direction or (2) approved by the

5   City.

6       70.    Furthermore, the City is either instructing or approving others to use

7   photographs, depicting the LEAVENWORTH OKTOBERFEST event rendered by

8   Projekt Bayern, to advertise the City and the Chamber's directly competing festival.

9   The City is intentionally using the recognition and goodwill associated with Projekt

10  Bayern and the Projekt Bayern Services, specifically its LEAVENWORTH

11  OKTOBERFEST event, to launch its directly competing festival.

12      71.    The City is also either instructing or approving others to use the words

13  "Leavenworth" and "Oktoberfest" closely together in connection with the marketing

14  and advertising efforts for the 2022 Festival so as to confuse, mislead, and otherwise

15  deceive consumers into believing the 2022 Festival originates from, is affiliated

16  with, and/or is licensed, sponsored, approved, or authorized by Projekt Bayern.

17      72.    The City's deceptive marketing and advertising, through the Chamber,

18  including the use of phrases like "Oktoberfest returns" and "Oktoberfest is Back,"

19  displaying pictures of Projekt Bayern Services, and the mimicking of the Projekt

20  Bayern Services offered in connection with the LEAVENWORTH

21  OKTOBERFEST Mark in the offering of the 2022 Festival, has caused actual

22  confusion and is likely to cause additional confusion or to cause a mistake or to

23  deceive as to affiliation, connection, or association between the City and Projekt

24  Bayern and constitutes false designation of origin within the meaning of § 43(a) of

25  the Lanham Act, 15 U.S.C. § 1125(a).

26

PROJEKT BAYERN'S AMENDED COUNTERCLAIMS
AND THIRD-PARTY COMPLAINT - 17

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

73.    The City's acts were without license from or permission of Projekt Bayern.

74.    The aforesaid acts constitute federal unfair competition in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

75.    As a direct consequence of City's unlawful acts and practices, Projekt Bayern has suffered, will continue to suffer, and/or is likely to suffer damage to its business reputation and goodwill, for which Projekt Bayern is entitled to relief.

76.    By reason of the City's unlawful acts and practices, the City has caused, is causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Projekt Bayern for which there is no adequate remedy at law and for which Projekt Bayern is entitled to injunctive relief.

## FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTION, AND UNFAIR COMPETITION UNDER 15 U.S.C. §1125(a)

### (*Against the Leavenworth Chamber of Commerce*)

77.    Projekt Bayern repeats, realleges, and incorporates all of the allegations made in the foregoing paragraphs of the Counterclaims as if fully set forth herein.

78.    Projekt Bayern is the owner of U.S. Registration No. 5,239,374 for the mark LEAVENWORTH OKTOBERFEST. Projekt Bayern is the prior user of the LEAVENWORTH OKTOBERFEST mark/name in connection with the offering and rendering of entertainment services in the nature of organizing and conducting cultural festivals featuring food, beverages, alcohol, live musical performances, and entertainment for children and adults.

79.    As result of longstanding and extensive use of the LEAVENWORTH OKTOBERFEST trademark and wide recognition among attendees of its Oktoberfest celebrations, Projekt Bayern's LEAVENWORTH OKTOBERFEST Mark has become distinctive and an indication of the source of such festivities.

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

80.    Because of the highly entertaining and superb quality service Projekt Bayern provides to those attending its Oktoberfest event year after year, consumers have come to associate the LEAVENWORTH OKTOBERFEST event with Projekt Bayern.

81.    As described above, the Chamber is knowingly and willfully misleading and deceiving consumers into believing that the 2022 Festival, being held in Leavenworth, has an affiliation, connection, or association with Projekt Bayern, or that the 2022 Festival is approved or sponsored by Projekt Bayern.

82.    The Chamber's actions described above, including falsely and misleadingly describing or representing in commercial advertising and promotion of the Chamber's services as that of Projekt Bayern's, either directly or through acting as an agent for the City, misrepresents the nature, characteristics, and qualities of the Chamber's services.

83.    For example, in a release dated July 11, 2022, Jessica Stroller, on behalf of Leavenworth Chamber of Commerce, wrote that "Oktoberfest returns to Leavenworth over three weekends," insinuating to consumers that Projekt Bayern's LEAVENWORTH OKTOBERFEST event, which has been the **only** Oktoberfest event taking place in the City of Leavenworth for the past 20 years, will be held in Leavenworth again this year.

84.    An advertisement for the 2022 Festival also stated that "Oktoberfest is back," again, suggesting to consumers that Projekt Bayern's LEAVENWORTH OKTOBERFEST event, which has been the **only** Oktoberfest event taking place in the Leavenworth area for the past 20 years, will be held in Leavenworth again this year.

85.    Furthermore, the Chamber is using photographs, depicting the LEAVENWORTH OKTOBERFEST event rendered by Projekt Bayern, to advertise

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1  the City and the Chamber's directly competing festival. The Chamber is
2  intentionally using the recognition and goodwill associated with Projekt Bayern and
3  the Projekt Bayern Services, specifically its LEAVENWORTH OKTOBERFEST
4  event, to launch its directly competing festival.

5      86.    The Chamber is using of the words "Leavenworth" and "Oktoberfest"
6  so closely together in connection with the marketing and advertising efforts for the
7  2022 Festival so to confuse, mislead, and otherwise deceive consumers into
8  believing the 2022 Festival originates from, is affiliated with, and/or is licensed,
9  sponsored, approved, or authorized by Projekt Bayern.

10     87.    The Chamber's deceptive marketing and advertising, including the use
11 of phrases like "Oktoberfest returns" and "Oktoberfest is Back," displaying pictures
12 of Projekt Bayern Services, and the mimicking of the Projekt Bayern Services
13 offered in connection with the LEAVENWORTH OKTOBERFEST Mark in the
14 offering of the 2022 Festival, has caused actual confusion and is likely to cause
15 additional confusion or to cause a mistake or to deceive as to affiliation, connection,
16 or association between the City and Projekt Bayern and constitutes false designation
17 of origin within the meaning of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

18     88.    The Chamber's acts were without license from or permission of Projekt
19 Bayern.

20     89.    The aforesaid acts constitute federal unfair competition in violation of
21 § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

22     90.    As a direct consequence of City's unlawful acts and practices, Projekt
23 Bayern has suffered, will continue to suffer, and/or is likely to suffer damage to its
24 business reputation and goodwill, for which Projekt Bayern is entitled to relief.

25     91.    By reason of the Chamber's unlawful acts and practices, the Chamber
26 has caused, is causing and, unless such acts are enjoined by the Court, will continue

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1  to cause irreparable harm to Projekt Bayern for which there is no adequate remedy

2  at law and for which Projekt Bayern is entitled to injunctive relief.

## COUNT III

## COMMON LAW UNFAIR COMPETITION

### (*as to the City of Leavenworth*)

6  92.    Projekt Bayern repeats, realleges, and incorporates all of the allegations

7  made in the foregoing paragraphs of the Counterclaims as if fully set forth herein.

8  93.    This cause of action arises under the Common Law of Unfair

9  Competition over which this Court has jurisdiction by virtue of 28 U.S.C. § 1338

10 and § 1367 and by the principles of supplemental jurisdiction.

11 94.    Projekt Bayern is the owner of U.S. Registration No. 5,239,374 for the

12 mark LEAVENWORTH OKTOBERFEST. Projekt Bayern is the prior user of the

13 LEAVENWORTH OKTOBERFEST mark/name in connection with the offering

14 and rendering of entertainment services in the nature of organizing and conducting

15 cultural festivals featuring food, beverages, alcohol, live musical performances, and

16 entertainment for children and adults.

17 95.    Because of the highly entertaining and superb quality service Projekt

18 Bayern provides to those attending its LEAVENWORTH OKTOBERFEST event

19 year after year, consumers have come to associate the LEAVENWORTH

20 OKTOBERFEST event with Projekt Bayern.

21 96.    Projekt Bayern possesses common law rights in its LEAVENWORTH

22 OKTOBERFEST Mark, which is uniquely associated with Projekt Bayern as to the

23 source of the goods and services offered in connection with the LEAVENWORTH

24 OKTOBERFEST Mark.

25 97.    As discussed above, the City has made, directed, or specifically

26 approved others to issue false and misleading representations to Projekt Bayern's

PROJEKT BAYERN'S AMENDED COUNTERCLAIMS
AND THIRD-PARTY COMPLAINT - 21

current and prospective customers through the Chamber. The City's conduct constitutes unfair methods of competition and unfair and deceptive acts and practices in the conduct of its trade in violation of Washington common law of unfair competition.

98.    As a direct consequence of the City's unlawful acts and practices, Projekt Bayern has suffered, will continue to suffer and/or is likely to suffer damage to its business reputation and goodwill, for which Projekt Bayern is entitled to relief.

99.    By reason of the City's unlawful acts and practices, the City has caused, is causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Projekt Bayern for which there is no adequate remedy at law and for which Projekt Bayern is entitled to injunctive relief.

**COUNT IV**

**COMMON LAW UNFAIR COMPETITION**

(*as to the Leavenworth Chamber of Commerce*)

100.    Projekt Bayern repeats, realleges, and incorporates all of the allegations made in the foregoing paragraphs of the Counterclaims as if fully set forth herein.

101.    This cause of action arises under the Common Law of Unfair Competition over which this Court has jurisdiction by virtue of 28 U.S.C. § 1338 and § 1367 and by the principles of supplemental jurisdiction.

102.    Projekt Bayern is the owner of U.S. Registration No. 5,239,374 for the mark LEAVENWORTH OKTOBERFEST. Projekt Bayern is the prior user of the LEAVENWORTH OKTOBERFEST mark/name in connection with the offering and rendering of entertainment services in the nature of organizing and conducting cultural festivals featuring food, beverages, alcohol, live musical performances, and entertainment for children and adults.

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

103.   Because of the highly entertaining and superb quality service Projekt Bayern provides to those attending its LEAVENWORTH OKTOBERFEST event year after year, consumers have come to associate the LEAVENWORTH OKTOBERFEST event with Projekt Bayern.

104.   Projekt Bayern possesses common law rights in its LEAVENWORTH OKTOBERFEST Mark, which is uniquely associated with Projekt Bayern as to the source of the goods and services offered in connection with the LEAVENWORTH OKTOBERFEST Mark.

105.   As discussed above, the Chamber has made false and misleading representations to Projekt Bayern's current and prospective customers. The Chamber's conduct constitutes unfair methods of competition and unfair and deceptive acts and practices in the conduct of its trade in violation of Washington common law of unfair competition.

106.   As a direct consequence of the Chamber's unlawful acts and practices, Projekt Bayern has suffered, will continue to suffer and/or is likely to suffer damage to its business reputation and goodwill, for which Projekt Bayern is entitled to relief.

107.   Because of the Chamber's unlawful acts and practices, the Chamber has caused, is causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Projekt Bayern for which there is no adequate remedy at law and for which Projekt Bayern is entitled to injunctive relief.

## COUNT V

## VIOLATION OF WASHINGTON CONSUMER PROTECTION ACT

### (*As to the City of Leavenworth*)

108.   Projekt Bayern repeats, realleges, and incorporates all of the allegations made in the foregoing paragraphs of the Counterclaims as if fully set forth herein.

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

109.   As result of its longstanding position as the exclusive provider of an Oktoberfest celebration in Leavenworth, Projekt Bayern has acquired wide recognition among attendees of cultural festivals.

110.   Because of the highly entertaining and superb quality service Projekt Bayern provides to those attending its LEAVENWORTH OKTOBERFEST event year after year, consumers have come to associate the LEAVENWORTH OKTOBERFEST event with Projekt Bayern.

111.   As described above, the City is knowingly and willfully misleading and deceiving consumers into believing that the 2022 Festival being held in Leavenworth in 2022 has an affiliation, connection, or association with Projekt Bayern, or that the 2022 Festival is approved or sponsored by Projekt Bayern, either directly or through the Chamber.

112.   The City's actions described above, including falsely and misleadingly describing or representing in commercial advertising and promotion of the City's services as that of Projekt Bayern's, misrepresents the nature, characteristics, and qualities of the City's services, either directly or through the Chamber.

113.   For example, in a release dated July 11, 2022, Jessica Stroller, on behalf of Leavenworth Chamber of Commerce, wrote that "Oktoberfest returns to Leavenworth over three weekends," insinuating to consumers that Projekt Bayern's LEAVENWORTH OKTOBERFEST event, which has been the **only** Oktoberfest event taking place in the City of Leavenworth for the past 20 years, will be held in Leavenworth again this year.

114.   An advertisement for the 2022 Festival also stated that "Oktoberfest is back," again, suggesting to consumers that Projekt Bayern's LEAVENWORTH OKTOBERFEST event, which has been the **only** Oktoberfest event taking place in

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

the Leavenworth area for the past 20 years, will be held in Leavenworth again this year.

115.    Because of the partnership created between the City and the Chamber, said statement was either (1) made at the City's direction or (2) approved by the City.

116.    Furthermore, the City is either instructing or approving others to use photographs, depicting the LEAVENWORTH OKTOBERFEST event rendered by Projekt Bayern, to advertise the City and the Chamber's directly competing festival. The City is intentionally using the recognition and goodwill associated with Projekt Bayern and the Projekt Bayern Services, specifically its LEAVENWORTH OKTOBERFEST event, to launch its directly competing festival.

117.    The City is also either instructing or approving others to use the words "Leavenworth" and "Oktoberfest" closely together in connection with the marketing and advertising efforts for the 2022 Festival so as to confuse, mislead, and otherwise deceive consumers into believing the 2022 Festival originates from, is affiliated with, and/or is licensed, sponsored, approved, or authorized by Projekt Bayern.

118.    The City's actions constitute unfair and deceptive practices in commerce under Washington law.

119.    The City's actions have and continue to negatively affect the public interest as consumers traveling from all around the United States are being deceived into attending an event, of which they believe originates from, or is associated with, Projekt Bayern, but instead, originates from the City.

120.    As a direct consequence of the City's unlawful acts and practices, Projekt Bayern has suffered, will continue to suffer and/or is likely to suffer damage to its business reputation and goodwill, for which Projekt Bayern is entitled to relief.

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

121.   By reason of the City's unlawful acts and practices, the City has caused, is causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Projekt Bayern for which there is no adequate remedy at law and for which Projekt Bayern is entitled to injunctive relief.

## COUNT VI

## VIOLATION OF WASHINGTON CONSUMER PROTECTION ACT

### (*As to the Leavenworth Chamber of Commerce*)

122.   Projekt Bayern repeats, realleges, and incorporates all of the allegations made in the foregoing paragraphs of the Counterclaims as if fully set forth herein.

123.   As result of its longstanding position as the exclusive provider of an Oktoberfest celebration in Leavenworth, Projekt Bayern has acquired wide recognition among attendees of cultural festivals.

124.   Because of the highly entertaining and superb quality service Projekt Bayern provides to those attending its LEAVENWORTH OKTOBERFEST event year after year, consumers have come to associate the LEAVENWORTH OKTOBERFEST event with Projekt Bayern.

125.   As described above, the Chamber is knowingly and willfully misleading and deceiving consumers into believing that the 2022 Festival being held in Leavenworth in 2022 has an affiliation, connection, or association with Projekt Bayern, or that the 2022 Festival is approved or sponsored by Projekt Bayern.

126.   The Chamber's actions described above, including falsely and misleadingly describing or representing in commercial advertising and promotion of the Chamber's services as that of Projekt Bayern's, misrepresents the nature, characteristics, and qualities of the Chamber's services.

127.   For example, in a release dated July 11, 2022, Jessica Stroller, on behalf of Leavenworth Chamber of Commerce, wrote that "Oktoberfest returns to

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

Leavenworth over three weekends," insinuating to consumers that Projekt Bayern's LEAVENWORTH OKTOBERFEST event, which has been the **only** Oktoberfest event taking place in the City of Leavenworth for the past 20 years, will be held in Leavenworth again this year.

128.    An advertisement for the 2022 Festival also stated that "Oktoberfest is back," again, suggesting to consumers that Projekt Bayern's LEAVENWORTH OKTOBERFEST event, which has been the **only** Oktoberfest event taking place in the Leavenworth area for the past 20 years, will be held in Leavenworth again this year.

129.    Furthermore, the Chamber is using photographs, depicting the LEAVENWORTH OKTOBERFEST event rendered by Projekt Bayern, to advertise the City and the Chamber's directly competing festival. The Chamber is intentionally using the recognition and goodwill associated with Projekt Bayern and the Projekt Bayern Services, specifically its LEAVENWORTH OKTOBERFEST event, to launch its directly competing festival.

130.    The Chamber is also using of the words "Leavenworth" and "Oktoberfest" so closely together in connection with the marketing and advertising efforts for their 2022 Festival so to confuse, mislead, and otherwise deceive consumers into believing the 2022 Festival originates from, is affiliated with, and/or is licensed, sponsored, approved, or authorized by Projekt Bayern.

131.    The Chamber's actions constitute unfair and deceptive practices in commerce under Washington law.

132.    The Chamber's actions have and continue to negatively affect the public interest as consumers traveling from all around the United States are being deceived into attending an event, of which they believe originates from, or is associated with, Projekt Bayern, but instead, originates from the Chamber.

PROJEKT BAYERN'S AMENDED COUNTERCLAIMS
AND THIRD-PARTY COMPLAINT - 27

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

133.    As a direct consequence of the Chamber's unlawful acts and practices, Projekt Bayern has suffered, will continue to suffer and/or is likely to suffer damage to its business reputation and goodwill, for which Projekt Bayern is entitled to relief.

134.    By reason of the Chamber's unlawful acts and practices, the Chamber has caused, is causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Projekt Bayern for which there is no adequate remedy at law and for which Projekt Bayern is entitled to injunctive relief.

## I.    PRAYER FOR RELIEF

WHEREFORE, Defendant Projekt Bayern prays for relief as follows:

A.    An order dismissing the City's Complaint against Projekt Bayern with prejudice;

B.    An order declaring that the trademark LEAVENWORTH OKTOBERFEST is owned by Projekt Bayern;

C.    An order preliminarily and permanently enjoining the City of Leavenworth and the Leavenworth Chamber of Commerce from using LEAVENWORTH OKTOBERFEST without authorization from Projekt Bayern or claiming ownership of the LEAVENWORTH OKTOBERFEST trademark;

D.    An order requiring an accounting of all gains, profits, and advantages derived from the Leavenworth Chamber of Commerce's wrongful acts;

E.    An award to Projekt Bayern for all gains, profits, and advantages derived by the Leavenworth Chamber of Commerce for its unlawful acts;

F.    An award to Projekt Bayern for all damages caused by the Leavenworth Chamber of Commerce's unlawful acts;

G.    An award to Projekt Bayern of all of its attorneys' fees and costs to the extent permitted by law; and

H.    For such other and further relief as this Court deems just and equitable.

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## II.   DEMAND FOR JURY TRIAL

Projekt Bayern demands a jury trial.

DATED this 21st day of September, 2022.


 s/ James Breitenbucher                                s/ Kelly Konkright
James Breitenbucher, WSBA #27670          Kelly Konkright, WSBA #33544
FOX ROTHSCHILD LLP                              LUKINS & ANNIS, P.S.
1001 Fourth Avenue, Suite 4400                 717 W. Sprague Avenue, Suite 1600
Seattle, WA  98154                                   Spokane, Washington 99201
Tel 206.624.3600/Fax 206.389.1708          Tel 509.455.9555/Fax 509.747.2323
jbreitenbucher@foxrothschild.com             kkonkright@lukins.com

 s/ Cali R. Spota
Cali R. Spota (admitted *pro hac vice*)
FOX ROTHSCHILD LLP
997 Lenox Drive
Lawrenceville, NJ 08648
Tel 609.896.3600/Fax 609.896.1469
cspota@foxrothschild.com

*Attorneys for Projekt Bayern Associates*

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date written below, I caused a true and correct copy of the foregoing to be delivered to the following party in the manner indicated:

Name:     Rhett V. Barney, WSBA #44764     ☒  Via Electronic Mail/ECF
Address:  LEE & HAYES, P.C.                     Via U.S. Mail
Address:  601 W. Riverside Avenue               Via Overnight Courier
Address:  Suite 1400                            Via Facsimile
Address:  Spokane, WA  99201                    Via FedEx
Phone:    (509) 324-9256
Fax:      (509) 323-8979
Email:    rhettb@leehayes.com

Name:     Robert J. Carlson, WSBA #18455   ☒  Via Electronic Mail/ECF
Address:  LEE & HAYES, P.C.                     Via U.S. Mail
Address:  One Convention Place                  Via Overnight Courier
Address:  701 Pike Street, Suite 1600           Via Facsimile
Address:  Seattle, WA  98101                    Via FedEx
Phone:    (206) 315-4001
Fax:      (206) 315-4004
Email:    bob@leehayes.com

*Attorneys for Plaintiff City of Leavenworth*

DATED this 21st day of September, 2022.

*Mia Tenorino*

Mia Tenorino
Legal Assistant
Fox Rothschild LLP
mtenorino@foxrothschild.com

PROJEKT BAYERN'S AMENDED COUNTERCLAIMS
AND THIRD-PARTY COMPLAINT - 30

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

138135641