James Breitenbucher, WSBA #27670
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
206.624.3600

Kelly Konkright, WSBA #33544
LUKINS & ANNIS, P.S.
717 West Sprague Avenue, Suite 1600
Spokane, Washington 99201
509.455.9555

Cali R. Spota (admitted *pro hac vice*)
FOX ROTHSCHILD LLP
997 Lenox Drive
Lawrenceville, New Jersey 08648
609.896.3600

Honorable Thomas O. Rice

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 27 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

*Attorneys for Defendant/Counterclaimant/
Third-Party Plaintiff Projekt Bayern Association*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

CITY OF LEAVENWORTH,
a Washington municipal corporation,

    Plaintiff/Counterclaim Defendant,

v.

PROJEKT BAYERN ASSOCIATION,
a Washington nonprofit corporation,

    Defendant/Counterclaimant.

PROJEKT BAYERN ASSOCIATION,
a Washington nonprofit corporation,

    Third-Party Plaintiff,

v.

LEAVENWORTH CHAMBER OF COMMERCE, a Washington nonprofit corporation,

    Third-Party Defendant.

No. 2:22-cv-00174-TOR

**DECLARATION OF CARY SANGER**

DECLARATION OF CARY SANGER - 1

I, Cary Sanger, declare as follows:

1. I am over 18 years of age and competent to make the following declaration based on my personal knowledge. I am President of Projekt Bayern Association.

2. Attached as Exhibit A are true and correct screenshots of the webpages that a customer can access through www.eavenworthoktoberfest.com to purchase tickets for Projekt Bayern's LEAVENWORTH OKTOBERFEST event in Wenatchee this year. The foregoing webpages have not been modified since they were first posted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of September, 2022, at Leavenworth, Washington.

CARY SANGER

DECLARATION OF CARY SANGER - 2


# 2022 Leavenworth Oktoberfest

By Leavenworth Oktoberfest, OTHER EVENTS

6 DATES THROUGH OCT 16, 2022

ABOUT

The sounds of oompah & the smells of sizzling brats will lure you into singing, dancing and toasting the night away!

Don't miss this year's Leavenworth Oktoberfest! This 24 year old celebration will be hosted in a new location at the Town Toyota Center in Wenatchee with shuttle service in Wenatchee and Leavenworth. We have non-stop live entertainment in two huge venues with bands and dance groups from Canada and the US

The event runs Friday and Saturdays for 3-weeks and is in Wenatchee ... this is the ORIGINAL LEAVENWORTH OKTOBERFEST!

This years dates are Sept 30- Oct 1  Oct 7-8,  & Oct 14-15    Fridays 5pm-1am & Saturdays noon-1am

Friday's $10  and Saturday's $25

HOME  ABOUT  GET THERE  TICKETS

PROJEKT BAYERN

LEAVENWORTH OKTOBERFEST

2022 WENATCHEE WA

3

# 2022 Leavenworth Oktoberfest

By Leavenworth Oktoberfest (OTHER EVENTS)

6 DATES THROUGH OCT 16, 2022

GET THERE

Town Toyota Center
1300 Walla Walla Ave
Wenatchee, WA 98801

OPEN IN GOOGLE MAPS

TicketLeap, Inc. | Privacy | Terms | Sell Tickets Online | Free Online Event Registration

# HOME | ABOUT | GET THERE | TICKETS

PROJEKT BAYERN

LEAVENWORTH OKTOBERFEST®

2022 • WENATCHEE WA

4

