Rhett V. Barney, WSBA #44764
Ethan B. Vodde, WSBA #55400
Johanna Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Fax: (509) 323-8979

Robert J. Carlson, WSBA#18455
LEE & HAYES, P.C.
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (206) 315-4004

*Counsel for Plaintiff and
Third-Party Defendant*

James Breitenbucher, WSBA #27670
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Tel 206.624.3600/Fax 206.389.1708
jbreitenbucher@foxrothschild.com

Cali R. Spota (admitted *pro hac vice*)
FOX ROTHSCHILD LLP
997 Lenox Drive
Lawrenceville, NJ 08648
Tel 609.896.3600/Fax 609.896.1469
cspota@foxrothschild.com

Kelly Konkright, WSBA #33544
LUKINS & ANNIS, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, Washington 99201
Tel 509.455.9555/Fax 509.747.2323
kkonkright@lukins.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF LEAVENWORTH, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROJEKT BAYERN ASSOCIATION, a Washington nonprofit corporation,<br><br>Defendant. | No. 2:22-cv-00174-TOR<br><br>**STIPULATED MOTION TO DISMISS**<br><br>Without Oral Argument |

STIPULATED MOTION TO DISMISS

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

PROJEKT BAYERN ASSOCIATION, a Washington nonprofit corporation,

    Third-Party Plaintiff,

    v.

LEAVENWORTH CHAMBER OF COMMERCE, a Washington nonprofit corporation,

    Third-Party Defendant.

STIPULATED MOTION TO DISMISS

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Plaintiff City of Leavenworth, Defendant Projekt Bayern Association, and Third Party Defendant Leavenworth Chamber of Commerce have entered into a settlement agreement and mutual release to resolve all claims alleged in this action against Projekt Bayern Association, the City of Leavenworth and/or Leavenworth Chamber of Commerce.

Pursuant to Fed. R. Civ. P. 41 and L. Civ. R. 41(a)(1)(B), the Parties hereby stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendant Projekt Bayern Association, the dismissal, with prejudice, of Defendant Projekt Bayern Association's claims against Plaintiff City of Leavenworth, and the dismissal, with prejudice, of Defendant Projekt Bayern Association's claims against Third Party Defendant Leavenworth Chamber of Commerce, in the above-captioned lawsuit, and with each Party to be responsible for its own costs and fees pursuant to Stipulation of the Parties.

Respectfully submitted, this 11th day of May, 2023.

*/s/ James Breitenbucher*

James Breitenbucher, WSBA #27670
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Tel 206.624.3600/Fax 206.389.1708
jbreitenbucher@foxrothschild.com

Cali R. Spota (admitted *pro hac vice*)
FOX ROTHSCHILD LLP
997 Lenox Drive
Lawrenceville, NJ 08648
Tel 609.896.3600/Fax 609.896.1469
cspota@foxrothschild.com

*/s/ Robert J. Carlson*

Robert J. Carlson, WSBA#18455
Lee & Hayes, P.C.
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax (206) 315-4004
Email:  bob@leehayes.com

Rhett V. Barney, WSBA #44764
Ethan B. Vodde, WSBA #55400
Johanna Tomlinson, WSBA #57582
Lee & Hayes, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Telephone: (509) 324-9256

STIPULATED MOTION TO DISMISS      1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Kelly Konkright, WSBA #33544
LUKINS & ANNIS, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, Washington 99201
Tel 509.455.9555/Fax 509.747.2323
kkonkright@lukins.com

*Attorneys for
Projekt Bayern Association*

Fax: (509) 323-8979
Emails: rhettb@leehayes.com
ethan.vodde@leehayes.com
johanna.tomlinson@leehayes.com

*Attorneys for City of Leavenworth and Leavenworth Chamber of Commerce*

STIPULATED MOTION TO DISMISS     2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*/s/ Robert J. Carlson*
Robert J. Carlson, WSBA#18455
Lee & Hayes, P.C.
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Phone: (206) 315-4001
Fax (206) 315-4004
Email: bob@leehayes.com

STIPULATED MOTION TO DISMISS — 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979