UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF LEAVENWORTH, a Washington municipal corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PROJEKT BAYERN ASSOCIATION, a Washington nonprofit corporation,<br><br>    Defendant/Third-Party Plaintiff,<br><br>    v.<br><br>LEAVENWORTH CHAMBER OF COMMERCE, a Washington nonprofit corporation,<br><br>    Third-Party Defendant. | NO:  2:22-CV-0174-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 56. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal, with prejudice, of Plaintiff's claims against Defendant Projekt Bayern Association, the dismissal, with prejudice, of

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Defendant Projekt Bayern Association's claims against Plaintiff City of Leavenworth, and the dismissal, with prejudice, of Defendant Projekt Bayern Association's claims against Third Party Defendant Leavenworth Chamber of Commerce, in the above-captioned lawsuit, and with each Party to be responsible for its own costs and fees pursuant to Stipulation of the Parties. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 56, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, as set forth above, this action is **DISMISSED** with prejudice and with each Party to be responsible for its own costs and fees pursuant to the Stipulation of the Parties.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED May 11, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2